RCOOIOSC

**UNITED STATES OF**

**IN THE U.S. FEDERAL DISTRICT COURT HOUSE**

**LOCATED  AT BAY CITY MICHIGAN**

41

NOW  COMES Destry Jame Payne, my true real Christian name, APPEARING IN
PROPRIA PERSONIA , Apostile Number # 104325=1-3042090-194,   CASE  #  12
1231770ST   BAY COUNTY COURTS CALENDER ,   A ND THERE IS NO LAWFUL
CHARGES AN I WAS FALSE ARRESTED CRIMINALLY DETAINED UNDER BOGUS
CHARGES KIDNAPPED AND UNLAWFULLY DETAINED IN VIOLATION OF ALL MY
CONSTITUTIONAL RIGHTS AND I DID FORMALLY OBJECT AND CHALLENGED
PLAINTIFFS UNDER THE REAL LAW THE U.S. CONSTITUTION. MY NAME IS
PATTENT PROTECTED AS SHOWN ABOVE

PATENT PROTECTED  NAME, REQUIRING ACTUAL PERMISSION TO USE THAT
NAME ESPECIALLY IN ANY FORM OF COMMERCE  UNDER FEDERAL COPYRIGHT
LAW AND I NEVER GAVE PLAINTIFFS PERMISSION TO USE MY TRADEMARK NAME.
.   I FORMALLY , REQUEST AND MOTION FOR A REMOVAL  OF THIS CASE  TO
THE U.S. FEDERAL DISTRICT  COURT IN BAY CITY, MICHIGAN PERSUANT TO TITLE
28 U.S, section/rule # 1446,  as a diversity of  citizenship  FOR ALL THE
FOLLOWING GOOD CAUSE BEING SHOWN ON THE RECORD,  THERE ARE FEDERAL
QUESTIONS OF LAW AND BASIC CONSTITUTIONAL RIGHTS INVOLVED IN THIS
CASE, AND I CANNOT POSSIBLY GET A FAIR AND IMPARTIAL TRIAL ON THE MERITS
OF THE CASE,  AND I AM WITHOUT OTHER RECOURSE  BUT TO FORMALLY
OBJECT AND REMOVE  CASE TO THE U.S. FEDERAL DISTRICT COURT FOR
PROTECTION OF MY BASIC CONSTITUTIONAL RIGHTS OR LOOSE, MY  CASE. I CAN
NOT JUST GIVE UP MY CONSTITUTIONAL RIGHTS

NOW I DID GIVE THE OPPOSSING PARTIES NOTICE OF PENDING LITIGATION, THAT
THEY WOULD BE SUED  AND TO RECUSE THEMSELVES MICHIGAN COURT TO RULE

2.003(A)(1) AND CEASE AND DECIST FROM ANY FURTHER   BUT THEY DO NOT LISTEN TO ME,  THEY DO NOT ,HONOR MY BASIC RIGHTS.

NOW YOUR HONOR THERE IS A COMPANION CASE WITH A LOT OF THE SAME ISSUES OF CONSTITUTIONAL RIGHTS VIOLSTIONS AND DELIBERATE VIOLATIONS OF BASIC CONSTITUTIONAL RIGHTS. I WAS HOPING TO COMBINE THE TWO CASES TO SAVE THE ECONOMY OF THE COURT UNDER ONE CASE AS A LOT OF THE ISSUES ARE THE SAME AND WHEN THE COURT SEES ALL THE ISSUES MAYBE IT WILL JUST COMBINE THE TWO CASES AS THE DECISION IN ONE IS GOING TO RELATE TO THE OTHER CASE.  THE CASE IS THE ONE CITY OF GRAYLING MICHIGAN AGAINST Dedstry James Payne already on the court record and i wish to combine both cases and let the facts take of each other as both are deliberate false arrest, false imprisonment and malicious prosecution  cases and neither party has any lawful complaint as the court will discover almost immediately. THA NK YOU YOUR HONON FOR THE COURTS VALUABLE TIME AND TROULBLE.

        WHEREFORE I MOST RESPECTFULLY BEG THE INDULGENCE OF THIS HONORABLE COURT AND I DO PRAY FOR THE COURTS JUST AND LAWFUL RELIEF TO PROTECT MY BASIC CONSTITUTIONAL RIGHTS.. THANK YOU VERY MUCH AGAINL                               RESPECTFULLY SUBMITED;

DATE 11/24/2015

Destry James Payne , APPEARING IN PROPRIA PERSONA AS MY OWN CHIEF COUNSEL

**CERTIFICATE OF SERVICE**  THAT I DO STATE FOR THE RECORD THAT I DID SERVE THE OPPOSAING PARTIES EITHER IN PERSON OR BY MAIL BY POSTING THE PLEADING IN THE OFFICE OF THE U.S. MAIL DIRECTED AND ADDRESSED TO THE OPPOSING COUNSEL OR PARTY ON THIS DATE.

OPPOSSING PARTIES CITY OF BAY CITY AND OR IT'S COUNSELORS AND OR JUDGES AND AGENTS.

*[handwritten, top left margin:] Defendar... Exhibit of GRAYLING CASE*

UNITED STATES OF AMERICA

IN THE U.S. FEDERAL DISTRICT COURT

LOCATED AT BAYCITY MICHIGAN

THIS IS A CASE REMOVAL ACTION PER TITLE 28 1446  TO REMOVE THE BELOW LISTED CASE FROM THE 46TH CIRCUIT COURT,  LOCATED IN CRAWFORD COUNTY , AT GRAYLING MICHIGAN,  FOR THE FOLLOWING GOOD CAUSE BEING CLEARLY SHOWN.  FIRSTLY,  THERE ARE FEDERAL QUESTION OF LAW AND BASIC CONSTITUTIONAL RIGHTS,  WHICH HAVE BEEN SEVERELY VIOLATED BY THE CHARGING PLAINTIFF(S) GRAYLING CITY GOVERNMENT,  THERE ARE ISSUES OF DIVERSITY OF CITIZENSHIP, AS THE INDIVIDUAL DEFENDANT IS A REGISTERED TRADE MARK WITH THE PATTENT PROTECTIONS NOTED,      destry-james; payne APPEARING IN PROPRIA PERSONANA,   Apostlle No. 104325-1-3042090-194

 AND A OFFICIAL REGISTRY IN BELEZE,   AND NO JURISDICTION WAS EVER GIVEN OVER THE PARTY, destry james payne, alleged defendant, THERE  IS NO POSSIBILITY TO GET A FAIR AND IMPARTIAL TRIAL IN THIS 46TH CIRCUIT COURT, WHICH I HAVE NO DOUBT OF, I destry james payne CLEARLY KNOW I CAN NOT GET AFAIR AND IMPARTIAL  TRIAL ON THE MERITS. I  HAVE GIVEN NOTICE OF LIS PENDENS TO THE COURT THAT I WILL SUE YOU FOR YOUR TORT CRIMINAL  BEHAVIOR AND VIOLATIONS ESPECIALLY MY PROTECTED PATTENTED REGISTERED TRADE NAME,  AND GIVEN NOTICE IN WRITING TO THAT EFFECT.  I DESPERATELY NEED THE FEDERAL DISTRICT COURT TO GET MY HONEST DAY IN COURT  AND AFAIR TRIAL ONTHE MERITS,  AS I WAS FALSE ARRESTED ON MADE UP CHARGES , FALSELY IMPRISONED, AND AM BEING MALACIOUSLY PROSECUTED BY UNSCRUPULOUS PLAINTIFFS, WHO HAVE NO JURISDICTION NOR RIGHT TO PROCEED AGAINST ME IN ANY WAY,  AND I AM BEING DELIBERATELY RAILROADED IN VIOLATION OF LAW AND MY BASIC CONSTITUTIONAL RIGHTS, IN VIOLATION ESPECIALLY TITLE 42 U.S. CODE SECTIONS 1983 , 1984, 1985, AND 1986 A 10 YEAR FELONY FOR SURE. ALSO SEE 18 U.S. CODE SECTIONS 241 AND 242.  NOW I HAVE TIMELY GIVEN AND ASSERTED MY CONSTITUTIONAL RIGHTS,  AND THE COURT TOTALLY IGNORED ALL MY CONSTITUTIONAL RIGHTS,  ESPECIALLY AT GETTING A FAIR AND IMPARTIAL TRIAL ON THE MERITS,  AND IT NOW RESTS WITH ME TO GET OFF MY TAIL AND MOVE THIS CASE TO THE FEDERAL DISTRICT COURT, OR GIVE UP AND JUST LOOSE ALL MY CONSTITUTIONAL RIGHTS AND I CAN NOT DO THAT YOUR HONOR.

I TYPED THIS TYPE LARGE BECAUSE I NOTICED THAT OFFICERS OF THE COURT HAVE SERIOUS VISION PROBLEMS NOTING THE THICK GLASSES ,  AND WISHING TO MAKE READING  EASIER I TYPED THIS BRIEF WITH LARGE PRINT TO MAKE IT EASIER TO READ IT, THAT I AM NOT SHOUTING IN ANY WAY, BUT MAINLY COURTEOUSLY TRYING TO HELP THE GOOD JUDGE NOT STRAIN THEIR EYES READING THIS PAPERWORK.  I VERY GRACIOUSLY THANK THIS

Case: 1:15-cv-13307
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 09-18-2015 At 09:13 AM
REM Payne v. Steuvac et al (krk)

Case: 1:15-cv-14127
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 11-24-2015 At 12:06 PM
CMP Payne v. Klida et al (krk)

# AFFIDVIT OF TRU

I, Daniel, living [flesh and blood] man, full brother to the living [flesh and blood] man Destry, born of the families Payne and Cragg, settled and domiciled on the lands of the state of Michigan for more than thirty years, being of sound mind, body, and spirit, do hereby exercise my sworn duty to support and defend the original lawfull Constitution, including its lawfull amendments, for these states of America, through the composition and execution of this Affidavit of Truth: I, Daniel, do hereby swear under penalty of perjury, on this the twenty fourth day of November in the year of our Lord, two thousand and fifteen, the following informational context, facts, and statements constitute truth in fact and fact in truth in so far as my knowledge extends through the subject matters.

## Character Assessment

It seems appropriate to begin with an assessment of the character of my brother, Destry, so that the court can be assured of the fact that Destry is a good man overall and does not deserve ill treatment.

Destry's family life has turned out better than the family lives of many men. Destry has been married twice, the first having lasted about two years and the latter having lasted about a decade. He has one son and one daughter, though he also raised two step-daughters during his second marriage. Destry's relationship with his son seems to mirror his own father's father-son relationships in that the relationship is tragedy; however, Destry's relationships with his daughter and former step-daughters always have been strong and positive. Having not made the same mistake with his daughter daughters as was made with his son, Destry's daughters look up to, love, and admire him. Similarly, Destry's relationship with his second ex-wife has remained a significant improvement over his relationship with his first ex-wife. The differing outcomes of the two families perhaps are best explained as consequence of maturation and the benefit of learning from mistakes. It is worthwhile to mention that, while many men are out impregnating one woman only to move on to another, and another, leaving single mothers to raise their own children without support from the father, Destry has put forth effort to be a good and supportive father where circumstances have permitted.

Destry's professional life is that of a man who contributes to society. He's worked hard much of his life. Gifted with natural talents where mechanics are involved, Destry's obtained knowledge and skill which garners great appreciation and respect, owing to the fact that he's capable of pulling off solutions to problems which many find difficult to even approach.

While Destry's interests in youth centered around mechanics, in the most recent several years he has spent a great deal of time educating himself on the subjects of rights, laws, and government. He's examined the questions of "what were these nation and states of ours and their governments meant to be when created?" and "in what ways have these departed from the original values and intent?" Where the matters of rights, laws and government are concerned, Destry seeks to support return to values which place honor, integrity, morality, and justice far above greed, selfishness, and apathy. Whereas many men simply complain about injustice but do little to

nothing to correct the situation. Destry strives to stand for and defend what is morally right and just, going so far as to research and publish information on fundamental rights, common law and constitutional matters at an online forum for the benefit and betterment of anyone who cares to learn about these matters.

## Situation Assessment

In the matters of STATE OF MICHIGAN vs. DESTRY JAMES PAYNE, attorneys in Crawford County and Bay County have sought and continue to seek to impose upon my brother, Destry, erroneous proceedings facilitated through malicious, illegal and unlawful actions. Given
　　1) freedom to gather information in formulation and support of his own defense,
　　2) full disclosure of all information which has bearing on the matters, and
　　3) a truly impartial Judge who affords my brother all accommodations due to one chooses to defend himself and is largely ignorant of administrative policy and procedure within the context of the court proceedings as well as largely ignorant of statutes and case law,
I strongly suspect that my brother can and would defeat the arguments presented against him. In fact, it is my strong suspicion that he has been kept in jail, with little to no access to both the resources and opportunity necessary to prepare himself to act effectively in his defense, specifically to sabotage his ability to defend himself. While the county Prosecutors and county Judges have attempted to explain the imprisonment as a necessity or punishment, the complaints and "charges" upon which the cases in both counties were initiated were and remain in error. Destry's "failures" to appear for proceedings are, in fact, justifiable avoidance: one does not give life to an invalid claim but denies the claim for lack of any substantiating evidence, which is not only entirely rational and legal, but borne out in Destry's written communications to the county Prosecutors and courts. Stymied in their efforts to equate the corporate person DESTRY JAMES PAYNE with the natural person to whom I am brother, the county Prosecutors and county Judges since have physically forced Destry to stand before the court and answer to verbal statements in which wrongs, including the distinction between the corporate person and natural person, can be hidden in written records of the proceedings. Furthermore, it fully appears to be the case that evidentiary documents submitted to the court in support of Destry's defense have been omitted from consideration and even removed from the court record, ~~likely thrown into trash receptacles~~ at the behest of the Bay County Prosecutor and Judge, if not the Crawford County Prosecutor and Judge as well, such that the county Prosecutor and Judge does not have to contend with countering evidence for which they can find no path to overcome. I do not make these statements lightly, nor with ill intent: I'm simply calling it as I see it.

The blatant maliciousness described above, in particular Destry's imprisonment has inflicted adverse and far-reaching damages upon my brother, as well as myself and other members of the Payne family. Destry's 10-year old daughter, Elizabeth, has been prevented from seeing her father for nearly three months. When I visited Elizabeth last week, I noticed that she visibly is not as upbeat as she normally is. Elizabeth's mother has not been able to receive child support payments from Destry. He was prevented from seeing his former step-daughter's new-born baby and from consoling his former step-daughter upon the baby's death. Destry's imprisonment, and my attending to matters pertaining to STATE OF MICHIGAN v. DESTRY JAMES PAYNE, prevented both of us from attending the baby's burial. Destry has been prevented from attending

to his financial affairs, some of which only he can attend; as a result, his home is due to be sold out from under him before the end of the year, a home in which he has at minimum $6,000 and as much as $12,000 in equity, opening the distinct possibility of his property, valued at roughly $25,000, being transferred to someone else, perhaps permanently, if he is kept imprisoned in absence of bona-fide crime beyond the end of this month. Destry has stated in phone conversations that his health is suffering as consequence of the poor quality water and food provided to him by BAY COUNTY LAW ENFORCEMENT CENTER. His mother has been and remains distraught, worried, and depressed with the predicament in which her son has been placed, causing her loss of wages and well being. Compelled by duty to family, civic duty, and oath to uphold and protect the Constitution, in coming to my brother's aid in his time of need and support, I have suffered damages which have placed me in financial distress. I've been forced into paying Destry's share of obligations for which we share joint responsibility, such as our cell phone service agreement, so that I don't lose my service. I've been paying expenses pertaining to Destry's defense and tangential matters in Bay County and Crawford County, including inmate communications and commissary services, travel costs, and costs to print, copy, file and send evidentiary and other documents. I've had to take days off work to attend to matters for Destry, losing wages in doing so. I'm not paid enough by my employer to continue to pay all of these costs, I simply can't sustain them much longer, particularly in the face of having been laid off from work this past week. With many demands upon my time, I haven't yet had opportunity to tabulate the losses I've incurred. Aside from the financial distress, I've suffered loss of sleep, prolonged physical and mental distress, and it *is* adversely affecting my health, well-being, and quality of life. Other Payne family members and friends also have been affected by the situation into which Destry has been thrust.

## Events pertaining to Amicus curiae letter

For the United States Court's consideration, I wish to include a specific example of the unscrupulous games which are being played by persons entrusted with public service in Bay County.

In so far as my research has led me, in the context of a matter presented to a court, an amicus curiae can consist of a third party who possesses a stake, and thus a claim, in the court's proceedings, in which case, the claim must be included in consideration of the matter placed before the court.

In the matters of STATE OF MICHIGAN vs. DESTRY JAMES PAYNE, case numbers 1231770ST1, 1232485ST1 and 1232485BS11, I have attempted to serve upon Dawn Klida and enter into the case files in 74th District Court Clerk's records an open letter of Amicus curiae but have been met with counter-actions aimed at obstruction of due process.

The open letter of Amicus curiae constitutes my entry into the said matters as a third party for the purposes of 1) supplying facts which demonstrate that the proceedings began as and remain fraudulent in nature, 2) emphasizing the fact that the plaintiff's attorney has been impersonating a Unites States Trustee, 3) notifying Dawn Klida that her personal choices in the performance of her job have added the criminal element of false imprisonment, 4) notifying Dawn Klida that her

personal choices in administering the matters have resulted in infliction of damages upon myself and the Payne family, damages of financial and other nature, 5) drawing to Dawn Klida's attention the opportunity to choose to halt the proceedings and either dismiss the matters outright and with prejudice or suspend the proceedings in order to investigate the validity of the allegations of criminal acts involved in both the plaintiff's claims and their presentation to the court, and 6) demanding immediate relief from the cause of the damages and remedy for the damages. The Amicus curiae letter was signed by my hand in both written signature and fingerprints. Attached to it was a copy of an Amicus curiae letter from a different matter, the contents having some bearing on the present matters in Bay County. A scanned copy of the letter authored by myself, and its attachment, is attached(1).

On 26 October 2015, I travelled to Bay City, Michigan, for the purpose of entering the open letter of Amicus curiae into the 74th District Court's records as well as for the purpose of serving the letter upon Dawn Klida. The 74th District Court clerk refused to stamp the original signed letter and to make copies for me, making it necessary to visit a local copy service to obtain copies. Upon my return to the 74th District Court Clerk's office, the same clerk accepted and kept the original letter, then stamped the two copies of the letter and returned them to me, and finally attempted to avoid stamping the original as received until I insisted that she stamp the original letter as received and obtained her compliance. Shortly thereafter, I visited the Bay County Sheriff's Office to request the service of one of the two copies of the letter upon Dawn Klida. One of the Sheriff's deputies, Daniel Gillman, the man whom I was told by the Sheriff's receptionists carries out process service for the Sheriff, met with me and agreed to serve the letter upon Dawn Klida. Daniel Gillman did not inform me that a conflict of interest existed, stemming from the fact that he filed on of the two complaints involved in the Bay County matters of STATE OF MICHIGAN v. DESTRY JAMES PAYNE, a fact of which I was unaware at the time.

Within days of my visit to Bay City, the 74th District Court Clerk's Office entered into the court's registry of actions a note acknowledging the filing of the Amicus curiae letter. However, during a visit to the 74th District Court Clerk's Office on 19 November 2015, I requested to review the court's files in the matters of STATE OF MICHIGAN v. DESTRY JAMES PAYNE and found that the Amicus curiae letter and attachment were not present in the physical files for cases 1231770ST1 and 1232485ST1/BSI1. It was on this occasion that I also noticed that Daniel Gillman signed one of the two complaints contained in the physical files for cases 1231770ST1 and 1232485ST1/BSI1.

During the weeks following the process service agreement, Daniel Gillman has failed twice to provide proper service on my behalf in a required due process action: due process requires that the offending party *must* be notified of the ongoing offense and *must* be afforded opportunity to desist and to reach a solution agreeable to the offended party. Gillman has stated that he served the document upon Klida. However, the first process service documents received from Gillman consisted of an incomplete and ambiguous Affidavit of Service and an unsigned printout in which the process service is stated as having been executed (2). I mailed to Gillman a request for a corrected affidavit of service to include specification of the document served and identification of myself as the party for whom he had acted as agent (3). Gillman sent an Affidavit of Service which specified the document served; however, in the affidavit, Gillman avoided identifying me

as the party for whom he acted as agent (**4**). The affidavit had a Post-It note stuck to it, written and signed by one of the Sheriff's receptionists, in which it was implied that the identification of the party for whom Gillman acted as agent is not a necessary component of the Affidavit of Service, for in her words (**5**), the Sheriff's Office has a copy of the driving license issued to me. I twice sought proper service in a due process action through, and twice was denied proper service in a due process action. The bill for service rendered was sent, not by Bay County Sheriff's Office, but rather by the BAY COUNTY CORPORATION, implying the Gillman acted not as a Deputy for the elected Sheriff, but as an employee of the BAY COUNTY CORPORATION, while wearing the uniform of and presenting himself as Deputy Sheriff.

### Observations and remarks following review of 74th District Court's case files 1231770ST1 and 1232485ST1/BSI1 on 19 November 2015

**Identity of the Defendant**. Though my brother, Destry, has pointed out to the court the fact that the defendant DESTRY JAMES PAYNE is a corporate person, aka a legal fiction, aka a bank account, aka an account created by and maintained by the UNITED STATES OF AMERICA CORPORATION, as well as the fact that the corporate person DESTRY JAMES PAYNE is legally distinct and separate from its intended beneficiary, Destry, neither the complainant, nor the plaintiff, nor the plaintiff's attorney, nor Dawn Klida, nor any Judge, nor any court clerk, nor the court administrator, nor the court-appointed attorneys, who have handled, reviewed, and/or administered the cases have acknowledged or examined the legal distinction. The distinction has been argued numerous times and upheld in the U.S. Supreme Court, a fact of which every law enforcement officer, attorney, court clerk, court administrator, and Judge should be fully aware. The distinction is a fundamental consideration in the identification of any and all parties which either appear before or present themselves to the court.

**Jurisdiction Challenge and Response**. The jurisdiction challenge submitted to the court by Destry acknowledged and utilized the distinction between corporate persons and natural persons as basis for asserting the fact that, in absence of an injured party and/or damages, and in absence of a signed contract in effect at the times of the complaints, the natural person [Destry] does not stand under the court's jurisdiction in the proceedings and the court must redirect its proceedings away from the natural person and toward the legally separate and distinct corporate person DESTRY JAMES PAYNE. I noted that the Bay County Assistant Prosecutor's written response to the jurisdiction challenge not only failed to acknowledge the legal distinction but failed to address the cited U.S. Supreme Court ruling which upheld the legal distinction. While reviewing the physical files I also noted that it appears to be the case that not only was the arrest warrant issued more than two years prior to the arrest of Destry, the warrant doesn't appear to have been properly completed.

~~profitable to the perpetrators who would benefit in the proceedings to appear to make a catch and just~~ ~~compliance.~~ It is ~~also~~ my well-considered assessment that at least some of the wrong-doings have arisen as result of personal bias which I submit stems from both my brother's refusals to submit to proceedings which he holds are wrongfull and unlawfull and my brother's challenges submitted to the Prosecutor and Judge: one who is accustomed to getting his/her way does not like to be told "No," particularly when accepting the "No" can translate into direct or indirect loss of pay.

I cannot overstress ~~the~~ similarities in defunct proceedings in matters of STATE OF MICHIGAN v. DESTRY JAMES PAYNE in the court in Crawford County, Michigan. In these matters, the Prosecutor withdrew the "charges" save one, awaiting Destry to pay for a license plate. Rather than check up on whether my brother had released from BAY COUNTY LAW ENFORCEMENT CENTER and had time to attend to the matter in Crawford County, a default judgment was issued and the withdrawn "charges" were brought again.

## Request for relief from damages

On behalf of myself and the Payne family, I ask and implore your Honor to take the following actions:

1) remove the matters of STATE OF MICHIGAN v. DESTRY JAMES PAYNE to the federal court for unbiased, honorable and just administration and rapid conclusion;
2) dismiss the matters for lack of cause, as well as lack of any United States Trustee representing the plaintiff;
3) issue an order for the immediate release of my brother, Destry, on his own recognizance so that he stands at least some chance of saving his life at home; and,
4) initiate investigation into ~~criminal activity in~~ the matters of STATE OF MICHIGAN v. DESTRY JAMES PAYNE ~~and provide relief~~ ~~~~ ~~~~

Attachments:
1) Amicus curiae letter dated 2015-10-26 and accompanying attachment 2015-10-04;
2) Initial Affidavit of Service;
3) Request for Corrected Affidavit of Service;
4) Partially Corrected Affidavit of Service;
5) Nonsense response to request for identification of the party for whom the process service agent acted.

Further Affiant Sayeth Not

Dan Payne                    2015 Nov 24
Living [flesh and blood] man
On the lands of Michigan
All Rights Reserved

**Hon. Timothy J. Kelly, Chief Judge,**
**Hon. Dawn A. Klida, Judge,**
**Hon. Mark Janer, Judge,**
**Hon. Johns and Janes Doe, visiting Judges,**
74th District Court for the State of Michigan
1230 Washington Avenue, Suite 736
Bay City, Michigan 48708-5737

74TH DISTRICT COURT
TRAFFIC-COURT 3
2015 OCT 26 PM 2 04



26 October 2015
Amicus curiae
Open Letter

Your Honors,

I, Dan Payne, living [flesh and blood] man, blood brother to the living [flesh and blood] man Destry Payne, inhabiting the lands of the state of Michigan beyond the real physical reach of the seas, counted among the peoples who comprise said state, standing on the common laws of the land and the foundations of said laws, enter the proceedings of STATE OF MICHIGAN v DESTRY JAMES PAYNE for the honorable and just purposes of claiming damages and introducing into the matters highly relevant facts which shed as-yet unseen light on the matters, facts which expose crimes and attempted crimes of felony nature.

In the matters of STATE OF MICHIGAN v DESTRY JAMES PAYNE, case numbers 1231770STF, 1232485STF, and 1232485BSH, no crime exists and no matter of equity. No living [flesh and blood] victim has stepped forward and entered into the court records a complaint for real injury and/or damages, neither for physical injury, nor for property damage, nor for unfulfilled contractual obligations. If I am in error, present the victim, and the injury and/or the damaged property, or the unfulfilled contract, signed by both the plaintiff and the defendant, into the court record for all to see. I insist; "put my finger on it," to quote a learned fellow of mine. Absent a party bearing an injury, property damage, and/or an unfulfilled contract between such party and my brother, Destry, the above cases

Page 1 of 4

in the matters are not criminal cases, a fact which we all are aware, owing to the facts that your Honors present yourselves as the most capable individuals in the Bay County community to handle matters of law and that ignorance of the law is no excuse.

In conjunction to the 1933 bankruptcy proceedings of the UNITED STATES OF AMERICA corporation, all of its licensed franchises, subsidiaries and agents were required to file likewise, including the STATE OF MICHIGAN corporation, and all franchises, subsidiaries and agents sub-licensed by the STATE OF MICHIGAN corporation. The bankruptcy stands in effect on this very day. Obvious signs of it include the statement issued by the UNITED STATES corporation on every federal reserve note ("THIS NOTE IS ... TENDER FOR ALL DEBTS..."), the lack of lawfull gold and/or coin in circulation, and international trade in securities for which the living [flesh and blood] men, women, children, and even infants, on the lands of America are used as collateral or owned property. As even many novices at law are aware, debtor's slavery its unlawfull nature aside, a bankrupt corporation is a dead corporation, the act of completing bankruptcy proceedings constitutes the dying of the corporation, and once dead, the corporation is no more entitled to file claims in court than is a decomposing corpse buried in the ground; any and all bankrupt corporations are civilly dead. Period. Unable to bring lawfull claims. Period. Unable to bring legal claims. Period. For the same reason that dead corpses don't rise from the grave, walk into courtrooms, and file claims and complaints. Because the dead are null and void, incapable of anything beyond rotting to nothingness.

In the matters of STATE OF MICHIGAN v DESTRY JAMES PAYNE, case numbers 1231770STI, 1232485STI, and 1232485BSI1, the plaintiff, the STATE OF MICHIGAN corporation, is a bankrupt entity, as mentioned in the prior paragraph, and thus has no legal standing to file claims in any court. Being astute as I am, I am aware that the 1933 bankruptcy court stipulated that the dead corporations would be permitted to appeal to then and future trustees of the bankruptcy under extraordinary circumstances should need for filing claims in courts arise. I also am aware that only trustees for the bankruptcy can legally bring the claims and represent any of the dead corporations, including STATE OF MICHIGAN, and that anyone who represents STATE OF MICHIGAN, if not one of the few trustees living on the lands of Michigan, has impersonated a public official, a felony crime, not only by bringing the matter before the court, but by speaking in the courtroom and entering testimony and evidence into the court record, each instance constituting distinct counts of the felony crime.

In the matters of STATE OF MICHIGAN v DESTRY JAMES PAYNE, case numbers 1231770STI, 1232485STI, and 1232485BSI1, your Honors are reminded of four simple, easily comprehended facts. One, DESTRY JAMES PAYNE is a legal fiction which originated in and exists only in the paper world, a legal fiction produced by civilly dead corporations, and hence having no legal standing itself upon which to have claims brought upon it: the dead cannot create life. Two, Destry, living [flesh and blood] man,

my brother, exists in the real world and had absolutely no awareness of, and thus no consent regarding the legal fiction DESTRY JAMES PAYNE. Three, STATE OF MICHIGAN, its franchises, subsidiaries and agents employed deception to coerce my brother into association with DESTRY JAMES PAYNE, in absence of disclosure that said corporations are were and remain bankrupt, civilly dead, and in absence of disclosure as to the legal nature of DESTRY JAMES PAYNE and the ramifications of association with the legal fiction. Four, United States Code prohibits the equation of my brother and the legal fiction which phonetically mimics his name in equity matters.

In the matters of STATE OF MICHIGAN v DESTRY JAMES PAYNE, case numbers 1231770ST1, 1232485ST1, and 1232485BS11, it is readily apparent that deception, fraud and additional criminal activities exist on a number of levels in the plaintiff's claims placed before the 74th District Court. It is readily apparent that said activities have inflicted damages, not only upon my living [flesh and blood] brother, but upon myself as well. It is also readily apparent that your Honors are either complacent with these activities or are willing and active participants. In either case, I point out to your Honors that in violating the Clean Hands Doctrine, by allowing plaintiff and plaintiff's counsel to bring forth before the court fraudulent claims which reek with deceptions, in choosing in your individual capacities to facilitate and participate in fraudulent proceedings in these matters, your Honors dishonor your elected offices. I, nor anyone else, should not need to point out to sitting Judges the fact that the use of imprisonment under fraudulent proceedings for the purpose of coercing consent to contract is a criminal act and clearly violates basic rights as well as being prohibited by the very document upon which each of your Honors proclaims to draw authority. If the U.S. Constitution is not worth honoring in your Honors' eyes, then your Honors have zero basis for proclaiming authority: one cannot deny the standing of the U.S. Constitution while simultaneously attempting to stand upon it. If you weren't aware that your own dishonorable actions have stripped you of immunity from prosecution, you are aware now[1]. If you weren't already aware that Pope Francis has revoked your immunity from prosecution, you are aware now[2]. If you weren't aware that authorization for your arrest and prosecution has been granted by the international common law court Global Isles Court of Record, you are aware now[2]. Each of your Honors bears unlimited personal liability for the damages which you have so blatantly inflicted. Need I state that in your personal choices in the performance of your jobs, your Honors have involved your coworkers and a number of additional parties in facilitation and execution of criminal activities?

In the matters of STATE OF MICHIGAN v DESTRY JAMES PAYNE, case numbers 1231770ST1, 1232485ST1, and 1232485BS11, your Honors are ordered to dismiss with prejudice any and all present and future claims by the bankrupt STATE OF MICHIGAN corporation against both the legal fiction DESTRY JAMES PAYNE and against my living [flesh and blood] brother, Destry, such claims being fraudulent and spurious, and thereby inflicting real damages upon my brother and his family. Your Honors are ordered to grant relief and remedy to my brother, Destry, and to his family, by awarding damages

consistent with contemporary cases of false imprisonment. Your Honors are ordered to sign and issue an order for Destry's unconditional release from jail, effective immediately. If your Honors have any hope of avoidance of serious actions against you in your individual capacities, you will not hesitate to act. The Michigan General Jural Assembly[3], the lawfull authority on the lands of the state of Michigan, and the international court[4], which has offered to aid should your Honors choose to continue to act unlawfully, await your action. as do the several parties injured by the recent actions of the counsel who represents the STATE OF MICHIGAN corporation and of your Honors in the matters of STATE OF MICHIGAN v DESTRY JAMES PAYNE.

---

| 1 | U.S. Constitution, Article III, Section 1 |
| 2 | www.courtofrecord.org.uk/Daniels-1 |
| 3 | www.michigandejure.org |
| 4 | www.courtofrecord.org.uk |

With Standing and Honor.



Dan Payne

Signed by my hand and imprinted with my biological mark this 26th day of October, 2015.

Attachments:

1. Amicus curiae letter addressed from Global Islands Court of Record to Honorable George B. Daniels for the United States District Court for the Southern District of New York, dated 4 October 2015 (stored online at www.courtofrecord.org.uk/Daniels-1).

END

 # Court of Record

115 George Lane
London E18 1AB

courtofrecord.org

Hon. George B. Daniels
United States District Judge
United States District Court for the Southern District of New York
5  500 Pearl Street, New York, New York 10007-1312

cc: Secretary of State for NEW YORK
cc: John Forbes Kerry, U.S. Department of State

cc: His Holiness Pope Francis
cc: Her Majesty Queen Elizabeth [II]

10  cc: Allies for the Rule of Law

4 October 2015

Amicus curiæ
Open Letter

15  Your Honour,

Re: http://www.aljazeera.com/news/2015/09/saudi-arabia-september-11-150929233729163.html "US judge dismisses 9/11 case against Saudi Arabia".

> "[Hon. George B.] Daniels [of USDC NYC] said even if he allowed the plaintiffs to assert those new
> claims, doing so would be "futile, however, because the additional allegations do not strip defendants
20  of sovereign immunity"."

Consequent to our 'Letter Rogatory to the British Cabinet/Parliament'[1] which was copied to His Holiness Pope Francis, Pope Francis stripped all immunity, including but not limited to 'sovereign immunity' by Motu Proprio[2] dated 11 July 2013. There is no 'sovereign immunity' or 'diplomatic immunity' or 'ecclesiastic immunity' or immunity of any sort. All USDC 'Judges' 25  have unlimited personal substantial liability before this Court of Record.

We suggest that you revise your incorrect statement.

## Table of Contents

Of The Law and the jurisdiction of this Court of Record.................................................................................2

Dissolution of the United States.............................................................................................................................3

Magna Charta in action or the Jurisdiction of Jesus Christ?.........................................................................3

Refugees, 'Economic Migrants' or Sacrificial Victims?....................................................................................4

   Migrants or sacrificial victims.............................................................................................................................5

Debt — what debt?...................................................................................................................................................5

---

1  www.courtofrecord.org.uk/British-PDF

2  http://w2.vatican.va/content/francesco/en/motu_proprio/documents/papa-francesco-motu-proprio_20130711_organi-giudiziari.html

Wanted Dead or Alive – let them know – where shall they run?............................................6

The Penalty for the 'Sin of the Calf' is Death.............................................................7

What is the 'Sin of the Calf'?.......................................................................7

'Sin of the Calf' in 'courts' of America................................................................8

Firearms............................................................................................8

    Liberty to carry a firearm...........................................................................10

Deadly force........................................................................................11

Lies, lies and sweet bloody lies......................................................................11

The Swiss Quark Cannon with lead ion bullets: CERN.....................................................12

    Admiralty: Altering the course of HMS Daring...........................................................12

    Swiss officials who cannot read.......................................................................12

    Anti-money laundering: death by compliance............................................................13

Return to real markets and the Common Law..............................................................13

The farce of the 'war against drugs'...................................................................15

Court Order.........................................................................................15

Grant of world-wide authority to arrest...............................................................15

Christ, Our Saviour..................................................................................15

American English Summary..............................................................................16

## Of The Law and the jurisdiction of this Court of Record[3]

30   Our Lord and Master Jesus Christ Himself proclaimed the Trust Law[4] which is the fount of Constitutional Law and Civil Law by which Christendom is governed, in the Gospel of Saint Luke, chapters 19 and 20. He spoke His authority over the kingdom of God thus:

Matthew 21.23 And when he was come into the temple, the chief priests and the elders of the people came unto him as he was teaching, and said, By what authority doest thou these things? and who gave thee this authority? 21:24 And Jesus answered and said unto them, I also will ask you one thing, which
35   if ye tell me, I in like wise will tell you by what authority I do these things.

21:25 The baptism of John, whence was it? from heaven, or of men? And they reasoned with themselves, saying, If we shall say, From heaven; he will say unto us, Why did ye not then believe him? 21:26 But if we shall say, Of men; we fear the people; for all hold John as a prophet.

21:27 And they answered Jesus, and said, We cannot tell. And he said unto them, Neither tell I you by
40   what authority I do these things.

And of His authority over the land thus:

Gospel of Saint Luke 19:30 Saying, Go ye into the village over against you; in the which at your entering ye shall find a colt tied, whereon yet never man sat: loose him, and bring him hither.

19:31 And if any man ask you, Why do ye loose him? thus shall ye say unto him, Because the Lord
45   hath need of him.

Letter Rogatory to the British Cabinet/Parliament

---

3   Lines 54-73 from our Letter Rogatory to the British Cabinet/Parliament

4   See Open Letters to Lord James of Blackheath
    www.courtofrecord.org.uk/archive/blackheath

## Dissolution of the United States

Our action against the corporate UNITED STATES initiating the dissolution of the 'United States' corporation together with the 'Federal Reserve' and connected world 'fiat' system, is published at www.courtofrecord.org.uk/US-PDF, the sealed original available at the U.S. Treasury.

This Court of Record of YHVH, Ground of Being, by Amicus curiæ to the then King Abdullah bin Abdulaziz Al-Saud, wrote, " The formal Pharaoh of Banking and the Caesar of the Nation State are overcome by the power of Mālik-ul-Mulk, The Owner of all Sovereignty, and so the world financial crisis shall bless all the living men, women, children of Al-Khāliq, The Creator". This Amicus curiæ is available at www.courtofrecord.org.uk/ Saud-PDF.

Since then, the resultant history, by the grace of YHVH, Allah, Mālik-ul-Mulk, The Owner of all Sovereignty, has demonstrated unequivocally that there is no 'Sovereignty' in SAUDI ARABIA and that it is nothing other than a puppet of Mr. Rothschild and that the UNITED NATIONS is an impotent and irrelevant organ.

Our first action against the Roman State of ISRAEL, de-facto puppet of Mr. Rothschild, the de-facto 'King', who appoints the Prime Minister, 'Knesset' and many Rabbis who regard him as God, is recorded at www.courtofrecord.org.uk/Israel-1. Our current action involving the Ministry of Foreign Affairs of 'ISRAEL' is recorded at: www.courtofrecord.org.uk/Israel_MFA-PDF.

The mens rea of 9/11 is Gold Lust, the theft of all the gold from U.S.A., the Sin of the Calf, the 'Fatted Golden Fleece', punishable with death. Our ecclesiastic contemplation that resulted in the 'wanted dead or alive' warrant for Mr. Rothschild and Mr. Netenyahu is recorded at www.courtofrecord.org.uk/golden-PDF.

Mr. Rothschild, puppet master of ISRAEL and the Federal Reserve, is himself a puppet of the 'Holy Roman Emperor', the 'King of Spain'  This is covered in our intersession regarding Spain and available from www.courtofrecord.org.uk/ Sofia-1 www.courtofrecord.org.uk/ Sofia-2 www.courtofrecord.org.uk/Sofia-3.

Mr. David Cameron, the 'British' Prime Minister is the puppet of the Jesuits, the 'Company of Jesus' who are the puppets of the said Holy Roman Emperor and a band of fanatic 'Nazi' idiots with 'Hereditary Royal Titles'. This revelation is covered in www.courtofrecord.org.uk/ Cameron-1 www.courtofrecord.org.uk/ Cameron-2 www.courtofrecord.org.uk/ Cameron-3 www.courtofrecord.org.uk/ Cameron-4 and www.courtofrecord.org.uk/ Cameron-5.

The same is true of the U.S. President, Senators and Congress. The same is true of the UNITED NATIONS and every corporate country therein.

## Magna Charta in action or the Jurisdiction of Jesus Christ?

The 'spiritual war' cannot be easily seen – yet some of the effects are in plain sight. The American Civil War, for example, was a thinly veiled war between the 'Catholic' and 'Protestant' sides Once you know that the American Civil War is a woman wearing a veil, the warring woman below can be seen There is not much need for imagination, the large statute of the Egyptian Goddess Isis is the so-called 'Statue of Liberty'.

The English (and the Scottish, etc.) were the first to see that the Kings of Europe were not Christian. Caesar's law applied to kings. The Conquest of Rome by the Righteousness of Jesus Christ was visible in England. Europe blindly continued with war between kings as a means of retribution. For five centuries the Roman Church has been trying to " kill all the Protestants".

In the quest for 'Spiritual Power', Napoleon began to dig up the graves of Egypt. There is no 'matter', there is only Spirit or Mind. Spirits once put away by Egyptian priests were let loose.

95  The quest for 'magical' domination once again eats the heart of Europe. The Greenbaum speech, archived at www.courtofrecord.org/ Greenbaum, is required reading for those unfamiliar with this dimension of World War II and subsequent history. The Iraq wars were about trying to identify and extract the spiritual secrets of Babylon to ensure that, in the end, all the gold goes to 'them'.

100  Legal idiots before YHVH believe that 'sacrifice' of living men, women and children gives them 'power'. Such 'power' is like the spending power of an American Express 'credit card'. The karmic accountant has called in the karmic debt. It is due and payable 'in full at the end of the month'.

The end of the month has come and gone. Canst thou see the mercy of the LORD at work?

105  Contrary to the impression created by reading the New York Times, President Putin required no troops in Ukraine. The appearance of war was manufactured by the CIA. President Putin was prepared by having read www.courtofrecord.org.uk/ Putin-PDF

A full list of our documents are at www.courtofrecord.org.uk

The CIA is the "colt" that was under the 'ownership' of the "village over against you" - the Nazi Royal Idiots of Europe. The CIA have been freed. They no longer have to follow orders from
110  village idiots in Europe. The CIA is known as "Iraan" in the farce on mainstream media.

The 'British' "colt" has been freed, along with the 'German' and the 'Dutch'. The 'French' as usual, don't know which end is up. The 'Spanish' think that "bull spearing" proves their superior macho capabilities. The 'Icelandic' cannot distinguish between male and female, they sent an all male team to a UN conference on "Gender Equality" [5].

115  ## Refugees, 'Economic Migrants' or Sacrificial Victims?

22 September 2015

Dear Sir or Madam,

Re: http://www.unhcr.org/551868679.pdf

Unmitigated bullshit 'trends' does not serve the cause of Truth

120  We assist Her Majesty Queen Elizabeth [II] and His Holiness Pope Francis with the dissolution of the corporate 'tyrant(s)', the 'Company of Jesus' dba UK, USA, UN, FEDERAL RESERVE, etc., that is the cause of the refugee crisis.

This Court of Record of YHVH, Ground of Being, "Our father which art in heaven. Hallowed be thy name". Allah, has identified the /mens rea/ behind the phenomenon: worship of the Fatted Golden
125  Fleece, or 'Gold Lust'. ...

Amicus curiæ fax to UNHCR available from www.courtofrecord.org.uk/ UNHCR-PDF

We attach our Amicus curiæ to the United Nations High Commissioner for Refugees, UNHCR, extracted above, regarding the ongoing false-flag 'refugee crisis' which is deemed included in full at this point.

130  Every UN Mission has been served. The ensuing farce is in the news: "climate change" [6].

There are additional document links for Your Honour in this document.

---

5   http://www.rt.com/ news/ 191724-iceland-un-women-gender/

## Migrants or sacrificial victims

"Welcome to the Jungle: inside Calais' refugee camp"[7], is a picture. "A young Sudanese migrant shows off a new hat". The hat he is wearing says "Black Protein"[8], indicating that idiots in
135  Europe think that, in the end, they can simply sacrifice all such "black" men. If their boat did not get scuttled, they will be eaten.

It is our wish that Your Honour place all these documents on the Public Record at the U.S.D.C. SOUTHERN DISTRICT OF NEW YORK; as must the Secretary of State for NEW YORK.

It is our wish that Your Honour convene a convention of all U.S. District Court Judges to
140  prepare for a return to Common Law.

## Debt – what debt?

A de-facto Debt Jubilee was recorded in 1914 by the then British Chancellor of Exchequer - which we record in our Letter Rogatory to the British Cabinet referenced above. Bank money-of-account is created by placing 'credit' Bills of Exchange on deposit. There is no money. There
145  is no debt. There are just electronic entries on computers and fancy pieces of paper which are given the fancy title 'legal tender'. Capitalism vs Communism and/or Republicans vs Democrats, is political theatre for weak minds.

America now has this living Court of Record of Jesus Christ.

'Jesus Christ' once again, overturns the tables of the money changers. 'Very Important' legal
150  infants who walk in and out of 'bank' offices, etc., in NYC must read:

Our Amicus curiæ for Chartered Accountants: www.courtofrecord.org/QE2-2-PDF

It is our wish that the above Amicus curiæ for Chartered Accountants is studied in detail by the best minds of New York City – it is what can make New York City and America prosper again. It is the merciful path forward to the re-creation of <u>real markets</u>.

155  We record how the lunatics and idiots in 1914 'wired' 'money' from 'Great Britain' to 'New York' to purchase German war bonds. We record how and when the law concerning lunatics and idiots was consolidated during the reign of Queen Victoria. See www.courtofrecord.org.uk/British-PDF.

We suggested that His Holiness Pope Francis 'proclaim' the Debt Jubilee. A proclamation does
160  not alter the law: Thou shalt not pay taxes to CAESAR[9]. There is no 'National Debt' or debt of any sort. Penalty for the Sin of the Calf is Death. See Luke 19 & 20; Exodus 32, in the King James Bible, which is the origin of Trust Law and 'Constitutional Law'.

The 'land', as in 'Supreme Law of the Land', is YHVH, Ground of Being, locus standi <u>in</u> earth.

6 9 After this manner therefore pray ye[10]: Our Father which art in heaven, Hallowed be thy name.

---

6   http://www.dailymail.co.uk/news/article-3257633/Charlotte-Church-blames-Syria-s-brutal-four-year-civil-war-CLIMATE-CHANGE-not-ISIS-Assad.html "Ms Church attacked those on Twitter who had ridiculed her climate change observation  She said they should 'go do some research - come back to me and we'll have a conversation about the real world'"

7   http://s.telegraph.co.uk/graphics/projects/calais-new-jungle-camp/index.html
    Archive: www.courtofrecord.org/archive/jungle

8   Archive: www.courtofrecord.org/archive/jungle/black-protein.jpg

9   His Holiness Pope Benedict XVI confirmed this in his Christmas message of 2012, published in the Financial Times  An archive is here: www.courtofrecord.org.uk/Christmas

10  Ye/thou  The Self as in atman, the Higher Self of the Indians, Our Father/Mother Jesus Christ within, not you as in the ego of Freud as in, 'Freud, you bastard'

165        6:10 Thy kingdom come. Thy will be done in earth[11], as it is in heaven[12].

6:11 Give us this day our daily bread.

6:12 And forgive us our debts, as we forgive our debtors.

6:13 And lead us not into temptation, but deliver us from evil: For thine is the kingdom, and the power, and the glory, for ever. Amen.

170        6:14 For if ye forgive men their trespasses, your heavenly Father will also forgive you:

6:15 But if ye forgive not men their trespasses, neither will your Father forgive your trespasses.

The Lord's Prayer from Matthew 6:9-15 from the King James Bible, with context.

Our Amicus curiæ to the Department of Homeland Security www.courtofrecord.org/ DHS-PDF (attached), to avert the slaying of His Holiness Pope Francis as an excuse for World War III, has

175  been received by all levels of NYC and New York and Pennsylvania State Police.

The United States and the Federal Reserve are chartered by the 'Holy See' via the Queen of England. As this is a Court of Law, we have covered the epistemology and ontology of all possible 'evidence' in our Open Letter to Professor Dawkins: www.courtofrecord.org.uk/ Dawkins-PDF.

## Wanted Dead or Alive – let them know – where shall they run?

180  The Directors and Shareholders of all New York registered corporations, insurance companies, banks and 'foreign' banks with a correspondent account in NYC are wanted 'Dead or Alive' by this Court of Record of YHVH.

All current and former holders of the office of President, Prime Minister and Foreign Minister in 'France' are wanted dead or alive, along with all corporations involved in Fukushima, Ebola,

185  death-cult environmentalism and medicine. Our Amicus curiæ for the dissolution of the 5th French Republic is available here: www.courtofrecord.org.uk/ France-PDF.

The current and former 'King of Spain' and 'King of Belgium', 'card carrying'[13] Royal Idiots with titles, all living members of the 'Sovereign Order of Malta' and the 'Order of the Golden Fleece' are wanted dead or alive by this Court of Record of YHVH.

190  It is our wish that Your Honour shall cause all such to be served[14] a copy of this document.

Arrest Warrants shall be issued on an individual basis. Those wanted dead or alive are to be informed in no uncertain terms that either they surrender unconditionally or ..

...or the 'American Dentist'[15] may visit without warning. 'They' wished for a Jungle, 'they' have it now. They scuttled the courts in England and USA, turning them into mere administrative

195  courts of a 'Jungle'. The Jungle is the result of the 1919 Treaty of Versailles. Lord Maynard Keynes explains the "animal spirits" in his *Economic Consequences of the Peace*[16].

---

11  Earth here is the earth from earth, air, fire water and ether. If you travel to Mars and bump your head on roof of a rock cave, your head will hurt in earth, on Mars.

12  Heaven: BEING. Luke 17:20 And when he was demanded of the Pharisees, when the kingdom of God should come, he answered them and said, The kingdom of God cometh not with observation: 17:21 Neither shall they say, Lo here! or, lo there! for, behold, the kingdom of God is within you.

13  As Your Honour can confirm, Her Majesty Queen Elizabeth [II] is the only Head of State without a passport. The passport is a lunatic identification card. The 'King of Spain' is such a lunatic, living in a large open air lunatic asylum called 'Spain' inside a larger lunatic asylum called 'Europe'. What an idiot !

14  Think creatively, not like a Roman Soldier. 'They' need 'clearing and settlement' for their office trash, do they not? FRANCE, a bank.

15  The story about the American Dentist killing a Lion was really news that some idiot who though himself a lion of Europe has been shot dead.

16  www.courtofrecord.org.uk/ archive/ keynes/ The_Economic_Consequences_of_the_Peace/

Her Majesty Queen Elizabeth [II] has stripped all Royal Titles, subsequent to our wish.

The 'top' English Commissioner of Police. 'Sir' Hogan-Howe, was informed via www.courtofrecord.org.uk/ UK-Police. The next day, The Telegraph informed us that:

200   Mr Hogan-Howe (below0`', who has recently said that he wanted to "fight our corner" on budget cuts, said it was "not a bad a thing" to travel by bus to deal with an investigation.

The Telegraph`²

So Mr. Hogan-Howe is feeling a bit 'below zero'.

This Court of Record is investigating the threats of a new '7/7' type intimidation and possible
205   planning ongoing in the recent overflight[19] of Scotland.  Bombardier Inc. is under investigation.

## The Penalty for the 'Sin of the Calf' is Death

All U.S. banks and the U.S. I.R.S. and U.S. 'Law Enforcement' shall cease and desist from Colour of Law Fraud and intimidation. The mens rea is Gold Lust or the Sin of the Calf.

The penalty for the Sin of the Calf is clear and unambiguous: Death. See Exodus 32.

210   His Holiness Pope Francis or any 'King' or 'Congress' cannot alter the law.  The statutes and judgements of the LORD God, YHVH, Ground of Being, our Lord Jesus Christ, are clear.  The precedent is available in "stone and bone".

Matthew 5 18 For verily I say unto you, Till heaven and earth pass one jot or one tittle shall in no wise pass from the law, till all be fulfilled.

215   The LORD as Death, known as Yama to the Indians, YHVH, pictured as 'Mahakali with a garland of skulls', may visit without prior warning.

## What is the 'Sin of the Calf'?

Idiots confuse the 'Sin of the Calf' with the performance of a ritual in front of a golden idol —
there is nothing wrong with that — the 'Sin of the Calf' is to believe that it is Caesar's law, gold
220   and guns that 'feed you'.

3:17 Because thou sayest, I am rich, and increased with goods, and have need of nothing; and knowest not that thou art wretched, and miserable, and poor, and blind, and naked:

3:18 I counsel thee to buy of me gold tried in the fire, that thou mayest be rich; and white raiment, that thou mayest be clothed, and that the shame of thy nakedness do not appear; and anoint thine
225   eyes with eyesalve, that thou mayest see

Revelation of Saint John the Devine

Gold tried in the fire: BEING. White raiment: a body of light "if therefore thine eye be single, thy whole body shall be full of light". Nakedness: acceptance of the illusion of separate existence which leads to belief in 'supremacy' of Caesar's law, gold and guns. This is the status
230   of idiots who carry on about the U.S. Constitution being the 'supreme law of the land'.

---

17  Apparently a typographical error on purpose

18  http://www.telegraph.co.uk/news/uknews/law-and-order/11852182/Police-officers-can-catch-buses-to-get-to-crime-scenes-says-Britains-top-cop.html

19  http://www.telegraph.co.uk/news/uknews/scotland/11900572/Mystery-jets-strange-flight-path-leaves-Scottish-plane-spotters-baffled.html

## 'Sin of the Calf' in 'courts' of America

Your Honour's 'U.S. District Court' and 'courts' in America, not excluding SCOTUS, are operating a Bills of Exchange racket to steal from the trust accounts of Americans, set up during the 'secret' bankruptcy of U.S. in 1933.

235   The entire process of 'selling an indulgence', the value of a statutory 'crime', is about getting an American legal infant to sign an American Express 'charge sheet'. Either the defendant or the 'citizen' jury are entrapped by the 'court' process, to sign the said charge sheet.

Offenders are 'stored' in jails to enable the judiciary to trade their birth certificate bonds.

The process of entrapment gets the 'defendant' to agree to a Nisi Prius court of no record.

240   Your Honour and the judiciary are warned of the ancient and terrible penalty for such.

There is no judicial immunity.

The only course available to Your Honour, is to conduct yourself as a magistrate where the tribunal is independent of the magistrate designated to run the court, whilst ensuring that the tribunal are not entrapped legal infant 'citizens'.

245   ## Firearms

In England, this Court of Record is monitoring the antics of the police, courts, private bailiffs and solicitors regarding the arrest and attempted entrapment of an Englishman.

Summary of events. The following is extracted from an affidavit of Peter Camillo Frenette dated 23 & 24th September 2015, by Michael Burke, Bailiff of this Court of Record.

250   Note: Judge Murphy, who failed to respond to Peter's paperwork, is in dishonour as he failed to appear and Judge Sean Arkwright, who we presume, had not read the paperwork, appeared in his stead.

Peter was informed on the first visit on the 23rd of September 2015, that the trial would start without him and he replied that they can start whatever they want. During one of these invites,
255   Peter made it plain that forced statutory jurisdiction was a criminal offence. Peter also informed them that they had no jurisdiction over him and he had no contract with the crown or admiralty.

Judge Sean Arkwright abandoned the court twice because of Peters refusal to give him authority over him. Peter was asked three times to go upstairs into the dock but declined each time.

Peter was detained overnight in Peterborough prison and taken back to court on 24th September
260   2015. Two further invites to the dock were made but declined and around 10.30am five women came to the cells, one appeared to be a QC and said that if he signed bail conditions he could go home.

Peter declined saying that if he could not go home a free man they could send him back to prison.

The QC was almost apoplectic with rage and said "what? do you want to go back to prison and
265   not go home, to which he replied either send me home a free man or send me back to prison. the choice is yours." And said he wanted to see the judges judicial bond and other legal instruments/insurance and if the judge wanted to see him he could visit him in the cell. With that the five women left.

Around 2pm one of the Polish custody officers opened his cell and said that he was free to go.
270   Peter asked "go where?" and she said, "go home" ... but that he was not allowed to check his bags until he left the cell complex. This was repeated five times.

Peter declined to sign anything or take any of his belongings including his money and left it there with them, sealed up in bags. As Peter made his way out of the court towards the main entrance,
he was met by two police officers and arrested for breach of bail conditions that he had
275   purportedly signed for the previous evening and taken to Thorpe Wood police station where he

was allowed to phone his wife and then returned to the court cells. The two arresting officers were Louise Tudman and Paul Chadwick.

Peter was left sitting on a hard wood bench in the cell for 10 hours. apart from when he was let out and then arrested no doubt to break his spirit.

280    On 23rd December 2014 Huntingdonshire Magistrates confirmed that there was no victim which means that they are using an artifice, known as a fictitious plaintiff. strictly forbidden in law.

It is contempt of court to sue in the name of a fictitious plaintiff.

..... .... ....

Notes from Michael Burke: First time I appeared in court for contempt I asked the judge if he was
285    sitting in the stead of the living Queen and he declined to answer and sent me back to the cell. The second time I was taken up pointed to the royal coat of arms and reminded him that these are Her Majesties courts and he had no jurisdiction over me.  For that I was sentenced to seven days in prison for 'contempt of court'.

290    **Open Letter Rogatory to Peterborough Crown Court**, Crown Buildings, Rivergate, Peterborough. Cambridgeshire. PE1 1EJ, England

4 October 2015

Dear Sir,

**Regarding**: the **entrapment** of the Englishman. **Peter** Camillo Frenette of Cock Audley
295    Farm, Little Paxton, Huntingdonshire on supposed 'charges' of " possession of firearms. &c".

Is the 'Coat of Arms' in your court room that of Her Majesty Queen Elizabeth [II] or is it a near imitation? Have you sworn an oath of loyalty to Her Majesty Queen Elizabeth [II], our living Sovereign Lady?

300    **Your jig is up. Peter is not the danger you must run from. You have no immunity.**

'Recovering costs' is the least of your worry.

The 'field of poppies', recently on display[20] at **'The Tower of London'** is a symbolic message regarding the '**necessary force**' that can be brought to bear upon the problem – at the right time, a time not too far away.

305    What is the problem? **Treason** to Her Majesty Queen Elizabeth [II], our living Queen and **Gold Lust, 'Sin of the Calf'**. Mr. Hogan-Howe is " ready to fight"[21] for his gold, which demonstrates his gold lust.

Is it not clear to you yet, that **Parliament, puppet of the Jesuits, along with the 'Crown Temple' system, the Inns of Court, and all 'police', solicitors and 'bailiffs' are**
310    **the would be traitors?**

---

20  http://www.telegraph.co.uk/history/world-war-one/11202631/Dont-visit-the-poppies-at-the-Tower-of-London-public-told.html

21  www.telegraph.co.uk/news/uknews/crime/11839399/Sir-Bernard-Hogan-Howe-says-he-will-fight-over-police-budget-cuts.html

Who would be in danger of the **ancient and terrible penalties** for **treason** and the 'Sin of the Calf'? Answer: **All of them.** Can you not see the necessity for mercy?

The recent symbolic disarming of the hired killer[22], your 'police marksman', and then following Jesuitical procedure to give him 'compensation', indicates the serious nature of this **Court of Record** order to disarm the police.

315

This **Court of Record** is investigating the police for failure to do their Common Law duty to protect Her Majesty's subjects from, for example, drowning[23].

"The English know how to do the 'snake and rope trick' … the Frogs in the Jungle go ribbet-ribbet-ribbet" Amicus curiae to Mr Hogan-Howe.

320 **There is no 'money' in the Bank of England.** When the time comes, all the guns and all the police marksmen are not going to be able to help you **argue with a rope.**

**You have no jurisdiction over Peter.** We have his a. davit about how they tried to plant a 'bail agreement' in his personal e ects during the farce of being told "you're free to go" and then re-arresting him outside. Your **treasonous scam failed.**

325 **Court of Record Order**

It is our wish you dismiss the farce in your 'court', discipline the 'police o . cers', private security and 'solicitors', and let Peter go free.

It is our wish you shut down the system of private 'baili s' that march around with 'distress warrants' pretending that they are 'court orders'.

330 **Your restraining order(s) are void. You have no authority to restrain the Baili□ of this Court of Record from any premises whatever.**

You, Sir, have zero ability to issue a court order.

Yours faithfully,

[signature and seal below]

335 Joseph Ray Sundarsson
Special Master


## Liberty to carry a □rearm

It is an Englishman's right to possess a firearm, enshrined in 1688 Declaration of Rights to King William and Mary, passed as an Act of the King in Parliament agreed on, in the 1688 Bill of
340 Rights, that eventually resulted in the so-called " 2nd Amendment" in the 'United States'.

The 'founders' of the U.S. Constitution realised that they had created a legal tyrant who could not be killed, since it was an inert corporate body of law — hence the amendments to

22  http://www.telegraph.co.uk/news/uknews/law-and-order/11903697/Police-marksman-removed-from-duties-after-failing-hearing-test-wins-discrimination-claim.html

23  http://www.dailymail.co.uk/news/article-3189696/How-police-stand-watch-boy-drown-6ft-water-did-STOP-bystanders-diving-save-investigate-disturbing-elf-n-safety-debacle-yet.html

make it acceptable to peasants who swear an oath to a flag and set themselves up to worship the 'fatted golden fleece', most of them thus, "know not what they do".

345    The 'real' founders and authors of the U.S. Constitution are the Jesuits[24].

The Jesuits of then, were contemporaries of Shakespeare and the reformation painters, the degraded Jesuits of today, who swear their terrible Jesuit oath, cannot compose an exhortation for 'Catholic' writers to write[25], supposedly to herald themselves as champions of a new era, they cannot express any theological opinion, and they cannot paint a logo[26] for the Pope.

350    The new Jesuit empire of Sodom, Guns and Gold shall come to an end by the grace of our LORD, Jesus Christ, Ground of Being.

## Deadly force

This 'right to deadly force' for men at liberty goes back to ancient times. The Magna Charta 1215 being a memorable example, which resulted in the Common Law process of a Court of
355    Record.

Any American may carry any firearm . Idiots in 'law enforcement' are warned not to act against victimless crimes, collect imaginary debt or chase forbidden tax.  No more revenue by radar.  No more drug charges.  No mandatory vaccinations.  No enforcement of civil code or statutes.  Understood?

360    ## Lies, lies and sweet bloody lies

The use of 'fixed' sport matches as a signalling mechanism in the contest between cults for 'power' has made headlines regarding the "corruption" of Mr. Blatter, the President of 'FIFA' the football association, which has resulted in an ongoing investigation by the Swiss Attorney General.

We have forwarded our fax to DHS to Mr. Blatter with the following cover:

365    Dear Mr. Blatter,

Courtesy copy - kindly pass it on to the Swiss Attorney General.

The Swiss National Bank has three names. Swiss, National and Bank - each of which is a lie.

www.courtofrecord.org.uk has latest letters published. Print out the ones you do not have as yet - check it daily

370    We send our love to YHVH for thee!

Yours faithfully,

Joseph Ray Sundarsson
Special Master

Subsequently, "Fifa president Sepp Blatter has refused to resign after major sponsors Coca-
375    Cola, McDonald's, Visa and Budweiser demanded he step down over corruption allegations"[27].

Your Honour, each of those companies is now under investigation as to what they are hiding.

---

24  See mind map www.courtofrecord.org.uk/USA/USA-print-A3.pdf

25  http://www.catholicherald.co.uk/commentandblogs/2015/07/27/why-the-art-of-writing-of-strongly-worded-letters-to-newspapers-must-not-die-out/

26  www.courtofrecord.org.uk/gicor/record/US/faxes/Pope/Pope_Burma-06-May-2015.pdf

27  http://www.telegraph.co.uk/sport/football/fifa/11908782/Sepp-Blatter-refuses-to-resign.html

## The Swiss Quark Cannon with lead ion bullets: CERN

380 The Swiss have allowed a quark cannon, a geo-physical weapon patterned after a Mayan Mandala, under the cover of research, be used to blackmail the Pope and the USA, with the capacity to blow up the Yellowstone Super Volcano or used to attempt a 'portal' to 'another universe and/or to create strange-quark-condensates to turn the planet into a pulsar.

385 Our fax to CERN heads of department copied to the CIA requesting an unequivocal demonstration of the seriousness of the situation resulted in such an event widely covered in the press but simpletons cannot figure out the first thing about what actually happened.

There is no 'neutrality' for Switzerland. We have thus demonstrated Admiralty jurisdiction over CERN and Switzerland by the above event. Nitwits think 'admiralty' means rushing around like a Navy Admiral in a gun boat as some sort of glorified policeman.

390 They cannot fathom why no arrests of the bad guys take place: because the world is under admiralty jurisdiction. The hunt is on.

Idiots "taking a vacation", die on planes that blow up and preserved cadavers of sacrificial victims get strewn over Ukraine.

Just because idiots cannot put two and two together, it does not mean it is not real.

## Admiralty: Altering the course of HMS Daring

395 After the use of a geo-physical weapon to fling Hurricane Haiyan at the Philippines, the 'U.K.' sent HMS Daring to 'assist'. The stated course of HMS Daring after 'rendering assistance' was to travel to Japan. Our contemplation for Her Majesty Queen Elizabeth [II] showed how the 'CIA' had used HMS Daring, without authorisation from Her Majesty.

www.courtofrecord.org/Daring-PDF

400 HMS Daring's course got altered. Mr. Cameron had to rush to China to sign an accord, the bars of gold on board dumped in the deep and this resulted in the farce of a search for MH-370 which we have covered in our contemplation regarding the 'Fatted Golden Fleece'.

## Swiss officials who cannot read

405 In Switzerland, for example, we are investigating the Swiss Canton of Basel, who were copied our fax to the DHS, who faxed us back saying:

Remove our FAX-Number

We do NOT want to receive any fax like this.

Thank you
410 Handelsregisteramt Basel-
Stadt
Stefan Christen

Their request is denied. The lives of the men, women and children of Switzerland have been risked by incompetent officials, who have no immunity and unlimited personal substantial
415 liability before this Court of Record.

Switzerland does not have a de-jure Capital. There is a de-facto Federal official with the title 'Bundesrat', who is also the Secretary of OSCE. We have written to him multiple times in the

past, www.courtofrecord.org/Swiss being an example.

It is our wish that Basel-Stadt find someone who can read and take action.

420 **Anti-money laundering: death by compliance**

It is hardly a secret that the real purpose of 'anti money laundering' activities by the 'banks' is to turn a blind eye to insider-cults that, for example, resulted in the Fukushima disaster, while locking out or disabling honest traders.

In our Amicus curiæ to Her Majesty Queen Elizabeth [II] courtofrecord.org/Magna-Charta-1 we
425 have recorded the actions of one Dr. Neese who failed to follow instructions of the Principal/Plaintiff/Owner. The instruction to replace him as Director have been further delayed to 22 October 2015. He is using every compliance trick to frustrate the normal course of trade of a simple English trader.

Without authorisation, he has moved seventy five thousand Swiss francs as 'withholding' to, in
430 essence, "cover his ass". What about his neck? He has the same need for mercy as we have outlined to the English 'Crown Court'.

U.C.C. mirror reflection applies – he has no immunity – his liability is not limited. He purports to be a 'Doctor of Law', when it is clear he cannot read, at least in English. He purports to preside over 'money laundering' when we know that Swiss banks are complicit in the biggest
435 tragedies of our time. The 'Sin of the Calf' is writ big over Switzerland.

There is no 'money' in Swiss banks. We have caught them in the act of trying to steal from safety deposit boxes by 'compliance'. They have loaned no 'money', they lust after a Greek island. Until a new settlement is in place for trade, they are completely reliant on the clearing and settlement process in New York City for Bills of Exchange.

440 His Holiness Pope Benedict XVI inaugurated the era of "Render unto Caesar what belongs to Caesar and to God what belongs to God" in His Holiness' Christmas message of 2012, which is the humility before God that triggered these intercessions.

In addition to www.courtofrecord.org/QE2-2-PDF, we have begun an Ecclesiastic contemplation to determine the will of YHVH, a Merciful remedy for Treason, available at
445 www.courtofrecord.org.uk/Mercy-1.

New York, the home of the Federal Reserve, is no stranger to the knowledge that the Pope chartered the Federal Reserve, that its time is up, that the pretence of trading in gold is over.

Return to real markets and the Common Law

New York City must lead the way to restore real markets and the Common Law.

450 The latest 'Climate Change' fraud, and 'Global Warming', a Jesuit euphemism for Nuclear War, is the subject of our 'Potsdam Missile', available from www.courtofrecord.org/Potsdam-Missile.

The call for assassination markets from the New York Police[28] and the fear of such, is covered in our fax to the MIT Center for Global Change, available at www.courtofrecord.org/MIT-1. The key word chaos, found often in the news, is indicative of the operative cult that controls
455 America and much of Europe. Are they for good or are they for evil? Time will tell.

---

28  http://morelibertynow.com/nypd-strike/
A gunman's assassination of two NYC police officers while they sat in their cruiser on December 20 has led to chaos in the NYC government. Almost immediately:
  • citations for traffic violations fell by 94 percent;

This Court of Record is investigating all corporate entities and associations, regarding the *implementation of death by fraud*. for example, the American Medical Association and *Microsoft* and/ or Bill & Melinda Gates Foundation; and individuals, for example, George Soros.

460 The 'VW Emissions' scandal is just the tip of the mass death population control agenda. ...This Court of Record is investigating the death of John Nash[25]. Was his taxi taken over by remote control? Who ordered him killed? They are wanted dead or alive by this Court of Record.

Why is the man, 'Jim Bell'[30] in prison? Is it because he can think? The Fed is dead. The LORD God YHVH has seen[31] the evil of Gold Lust. The LORD can hunt a stag[32] by Himself.

465 This Court of Record is investigating all lunatics who practice child sacrifice and torture under the cover of 'religious freedom'.

The mens rea for the 9/ 11 tragedy is the same as that of '7/ 7', Fukushima, Pearl Harbour, Hiroshima, Vietnam, USS Liberty, MH17/ 370. Ebola, Ukraine, Syria, Gaza, et al: Gold lust.

American 'law enforcement' have been tricked into enforcing Jesuit policy, their oath. This is the essence of the 'Patriot Act'.

470 Do the legal idiots, lusting after gold, see the need for mercy of YHVH, BEING?

A debt jubilee has been in place for 100+ years. 'They' have been legal idiots lusting after gold. 'They' and Your Honour, live in a prison, a lunatic asylum. Such legal idiots think that they can 'do anything', when, in fact, they are not at liberty and are unable to feed themselves without fraudulent conversion.

475 The border with Mexico, for example, is armed to keep these lunatics with a United States 'passport' IN the lunatic asylum. We explained the 'National Security' situation to the then Governor of Texas Rick Perry, in www.courtofrecord.org/ Texas-1.

The 'Ellis Island' toll to enter the U.S, now a 'visa', modelled on the entry fee to Jerusalem charged by the Ottoman Sultan, was itself a tool of gold lust. Is it clear that the penalty for U.S.
480 Customs 'officers' is death?

Dismantle all borders. Start with all land borders from the top of Canada to the tip of Argentina. No check points, no identity checks. Drugs can pass freely. Idiots stupid enough to consume them are not a danger to anyone.

When the arbitrage created by the artificial shortage and perceived value caused by the
485 Rockefeller Drug Laws is removed, the drug trade will cease to have appeal to the vendors and drug runners. The source-of-funds for the tyrant-idiot-king of Spain will evaporate. He has already sent the FRN cash collected in Cuba to Mr. Rothschild for 'redemption'[33]. The 'hero' got a zero. 'They' now wish to create a fracas/ tragedy in the Mediterranean and the South China Sea as a distraction to steal the gold in the Philippines.

---

- summonses for low-level offenses dropped by 94 percent;
- parking violations were down by 92 percent;
- drug arrests by the NY Police Department (NYPD) Organized Crime Control Bureau plummeted 84 percent;

29 http://www.telegraph.co.uk/ news/ worldnews/ northamerica/ usa/ 11627437/ John-Nash-A-Beautiful-Mind-mathematician-dies-in-car-crash.html
https://en.wikipedia.org/ wiki/ Nash_equilibrium
30 https://en.wikipedia.org/ wiki/ Jim_Bell
www.outpost-of-freedom.com/ jimbellap.htm
31 Jeremiah 24.3 in context. "What seest thou, Jeremiah?".
32 https://en.wikipedia.org/ wiki/ Stag_hunt
33 http://www.israelinationalnews.com/ Articles/ Article.aspx/ 17287

490  The so called statutes of the U.S. Congress, modelled on the Ottoman Sultan, refined by Roman Canon Law are void. The 'war against drugs' is the farce which proves the point. [vide post]

Your Honour must inform all idiots in 'law enforcement' or 'criminal justice', etc., that U.C.C. Mirror Reflection applies to them. See: www.courtofrecord.org/QE2-2-PDF.

## The farce of the 'war against drugs'

495  Drugs were sold to men, women and children in America to remove Federal Reserve Notes from circulation and fund the Euro. The idiots in Europe think they are going to 'force' the conversion of paper into gold – on their terms.

They corrupted the "intelligentsia" with the "champagne life", paedophilia, ritual abuse and child sacrifice, "woven into the fabric of society", saying, this was the source of "power" in
500  Egypt. They changed justice to 'criminal justice' - a system run by criminals.

The ancient Priest of the Great Pyramid is in this Court of Record. He is not amused.

## Court Order

This is a Court of Record Order to:

1. Disband U.S. Customs, T.S.A., and dismantle Border forces and fences. The same applies
505  to the board-and-scuttle operation run by the U.S. Coast Guard and/or U.S. Navy.

2. Dissolve, shut down and evict the Internal Revenue Service / IRS.

3. End all 'debt collection'. There is no debt.

4. Release all prisoners held on victimless crimes.

5. Shut down any identity based service. No passports, drivers licenses, etc.

## 510  Grant of world-wide authority to arrest

The New York Police Department, NYPD, is granted world-wide authority to arrest and detain those we have identified in this and other published orders of this Court of Record.

The Allies for the Rule of God's Law are requested to assist the NYPD in this regard.

The NYPD shall form a liaison with the Bailiff of this Court of Record to provide the capability to
515  arrest and detain those within and without the British Isles who defy the orders of this Court of Record. This Court of Record recognises no man made borders.

This grant of authority is contingent on forming this liaison.

## Christ, Our Saviour

Being Is. That alone is worth having, which is the insight[34] to distinguish between BEING and existence.
520  Christ is BEING. There is no anti-BEING. To propose an 'evil' entity to 'exist' would requires it to BE 'before'[35] it can exist in space-time. Space-time is the net used by Jesus Christ to 'catch' demons. Hence God's question to Adam: "Adam, where art thou?". Genesis 3:9.

---

34  Direct cognitive perception of the difference between BEING and existence, the true meaning of 'Holy See'. No Pontifical University degree can confer this insight. The LORD grants it only to those who are 'meek as a lamb'.

35  There is no space-time in Being. Therefore 'before' is a figure of speech to indicate that BEING is the intellectual prior of space-time. Space-time is the 'ether' element of conscious existence. Salvation is the cessation of all dimensions/space-time and coming to rest in Being (throne).

Revelations 3:21 To him that overcometh will I grant to sit with me in my throne, even as I also overcame, and am set down with my Father in his throne.

The cults who imagine an 'evil' idol, to 'terrify' others into submission, are legal idiots before YHVH, Ground of Being, our LORD Jesus Christ.

525  ## American English Summary

In 'modern American' English, Your Honour, you can tell 'them' all to, "fuck off ... or sure as hell you are gonna get fucked" - if they cannot humble themselves to unconditional surrender to this Court of Record of YHVH. The one 'mudra' or hand sign needed to stand up to the idiots in 'Wall Street', or in the CIA or the FBI; Royal Idiots and deviant Priests; every New
530  York City cab driver, fireman and policeman – the 9/11 families, know.

Jesus Christ is with them.

There is mercy and forgiveness for those who adopt the path of Truth and public confession of their past stupidity.

Matthew 18:21 Then came Peter to him, and said, Lord, how oft shall my brother sin against me, and I
535  forgive him? till seven times?

18:22 Jesus saith unto him, I say not unto thee, Until seven times: but, Until seventy times seven.

We pray for the grace of Holy Peace for all men, women and children.

We send our love to YHVH, Ground of Being, our LORD Jesus Christ, for thee!

Yours faithfully,

540  *Joseph Ray Sundarsson*

Joseph Ray Sundarsson
Special Master

545  GICOR-ref: US-USDC_George_Daniels-911-1-v1.0

550

555

Sealed by Michael Burke

Bailiff of this Court of Record

560  Sunday, 4th of October, in the 2015th year of our Lord.

16/16

*Attachment 2*

# John E. Miller
## Sheriff Of Bay County

Troy Cunningham
Undersheriff



Troy A. Stewart
Jail Administrator

### AFFIDAVIT OF SERVICE

*QC5*
*/hv/*

I, __DANIEL E. GILLMAN__ of the Bay County Sheriff Department, say that on

the 2*9* day of *October*, 2015, I served a copy of the following document (s):

*State of Michigan vs Destiny Payne* *123177 DST1*
*123485 5 ST1*
*123485 5B 511*

to: *Dawn Klida*, at the address provided

as: *730 Washington Ave Bay City MI 48708* in the County of Bay,

State of Michigan.

*[signature]*
Deputy Sheriff

**DANIEL E. GILLMAN**

Subscribed and sworn to before me,
A Notary Public, in and for the County
Of Bay, State of Michigan.

*[signature]*
Commission Expires *July 24, 2019*

Substitute Service Upon:

_____

On Behalf Of:

_____

_____



DATE:   10/30/15

TO:     DANIEL PAYNE
        876 PAYNE ROAD
        GRAYLING        MI   49938

FROM:   BAY COUNTY SHERIFF DEPARTMENT
        CIVIL PROCESS DIVISION
        503 THIRD STREET
        BAY CITY        MI   48708

RE:     SERVED PAPERS - COMPLAINT # 152746

        THE ENCLOSED PAPERS WERE SERVED ON 10/29/15 TO KLIDA, JUDGE DAWN.
        AN INVOICE FOR ANY BALANCE DUE WILL BE MAILED TO YOU FROM THE BAY COUNTY
        FINANCE DEPARTMENT.

Service fee $(6.00)
Mileage fee /11
Total $1711
owed

LIBSHF/SHCP05

BAY COUNTY
SHERIFF'S OFFICE
503 Third Street
Bay City, Michigan 48708-5997

PUBLIC SAFETY DEPENDS ON YOU!!!

*Attachment 3*

03 November 2015

Daniel E. Gillman, Deputy Sheriff
Bay County Sheriff's Office
503 Third Street
Bay City, Michigan 48708

### Request for Corrected Affidavit of Service

Dear Sir,

With regard to the documents I transferred to your custody on 26 October 2015 for delivery into the hands of Dawn A. Klida, I offer my sincere thanks for your delivery of said documents to said recipient at 9:05 AM on the morning of 29 October 2015.

With regard to the Affidavit of Service which you supplied to me, I have observed three items which could draw criticism of error should the Affidavit of Service be presented as evidence. I kindly request that, in fulfillment of the service, you send to me a Corrected Affidavit of Service which includes the corrections identified below.

The documents which I transferred into your custody for service of process are a letter of Amicus curiae and its attachment, containing notices crucial to clarifying the matters of "STATE OF MICHIGAN V. DESTRY JAMES PAYNE; case numbers 1232770ST1, 1232485ST1, and 1232485BS11, and said notices being of utmost importance to those who choose to serve as Judge in said matters. Said documents were dated 26 October 2015 and 4 October 2015. It may seem a trivial matter, but identification of the letter and attachment as simply the case names and case numbers doesn't convey the nature of the documents served upon Dawn Klida. I wish it to be obvious as to exactly which documents the Affidavit of Service refer. Please correctly identify the documents as "letter of Amicus curiae, dated 26 October 2015, and attachment, dated 4 October 2015, in the matters of STATE OF MICHIGAN v. DESTRY JAMES PAYNE; case numbers 1232770ST1, 1232485ST1, and 1232485BS11"; and, in your attention to detail, please do not deviate from the names of the plaintiff and defendant as printed on the plaintiff's formal complaint, for such detail may be argued as a matter of distinction or error.

I noticed that you overlooked the identification of myself, Dan Payne, as the man for whom you acted as agent; please, correct this omission as well.

I thank you for your valued time and attention in this matter.

Dan Payne
C/o 876 Payne Rd
Grayling, Michigan 49738

# John E. Miller
## Sheriff Of Bay County

Troy Cunningham
Undersheriff

Troy A. Stewart
Jail Administrator



### AFFIDAVIT OF SERVICE

*605 HW*

I, __DANIEL E. GILLMAN__ of the Bay County Sheriff Department, say that on

the _29_ day of _October_, 2015, I served a copy of the following document(s):

_State of Michigan Vs Lesley Payne_ *123177705T1 123485 5T1 123 248 5 B 511*

to: _Dawn Klida_, at the address provided

as: _130 Washington Ave Bay City M, 48 738_ in the County of Bay,

State of Michigan.

_Daniel E Gillman_
Deputy Sheriff

### DANIEL E. GILLMAN

Subscribed and sworn to before me,
A Notary Public, in and for the County
Of Bay, State of Michigan.

_Jocelyn J Maddock_
Commission Expires _July 24, 2019_

Substitute Service Upon:

_____

On Behalf Of:

_____

_____



*Public Safety Depends On You!*
Phone: (989) 895-4050    503 Third Street, Bay City, Michigan 48708    Fax: (989) 895-4058

**Customer Receipt**

*(For use by Rural Carriers and Highway Contract Routes only)*

Amount (Written Out)

_Three dollars_ 00/100 Dollars

☐ Check Here for Temporary Receipt
(Payment Received -- Total Cost Not
Yet Calculated)

Amount (In Numbers)
$ 3.47

Purpose

POSTAGE AND COPIES

By (Signature)

Date (MM/DD/YYYY)

PS Form **1096** October 2009 PSN 7530-02-000-7346

# John E. Miller
## Sheriff Of Bay County

Troy Cunningham
Undersheriff

Troy A. Stewart
Jail Administrator



### AFFIDAVIT OF SERVICE

*905 AM*

I, *Daniel Gillman* of the Bay County Sheriff Department, say that on

the *29* day of *October*, 2015, I served a copy of the following document (s): *letter of Amicus c/re 192 dated 10-26-15 + attachment dated 10-4-15 State of Michigan vs Destiny James Payke A327700T1 A324855T1 A325783 B 511*

to: *Dawn Klida* _____, at the address provided

as: *1230 Washington Bay City MI 48708* the County of Bay,

State of Michigan.

_____
Deputy Sheriff
*Daniel Gillman*

Subscribed and sworn to before me,
A Notary Public, in and for the County
Of Bay, State of Michigan.

*Jerlyn J. Middleton*

Commission Expires *July 24, 2019*

Jerlyn J. Middleton
Notary Public, Bay County Michigan
My Commission Expires: 7-24-2019
Acting in the County of Bay

Substitute Service Upon:

_____

On Behalf Of:

_____

_____

# John E. Miller
## Sheriff Of Bay County

Troy Cunningham
Undersheriff

Troy A. Stewart
Jail Administrator



AFFIDAVIT OF SERVICE

*9:05 AM*

I, ~~DANIEL E. GILLMAN~~ of the Bay County Sheriff Department, say that on

the 29 day of *October*, 2015, I served a copy of the following document(s):

*State of Michigan vs Wesley Payne* 12317705T1
12324855T1
1232485B311

to: *Dawn Klida* at the address provided

as *1230 Washington Ave Bay City MI 48708* in the County of Bay,

State of Michigan.

*(signature)*
Deputy Sheriff

**DANIEL E. GILLMAN**

Subscribed and sworn to before me.
A Notary Public, in and for the County
Of Bay, State of Michigan

*(signature)*

Commission Expires *July 24, 2019*

Substitute Service Upon:

_____

On Behalf Of:

_____

_____

**BAY COUNTY**
SHERIFF'S OFFICE
503 Third Street
Bay City, Michigan 48708-5997

PUBLIC SAFETY DEPENDS ON YOU!!!

DANIEL PAYNE
876 PAYNE ROAD
GRAYLING, MI 49738

*Attachment 5*

# John E. Miller
## Sheriff Of Bay County

Troy Cunningham
Undersheriff

Troy A. Stewart
Jail Administrator



AFFIDAVIT OF SERVICE

*9:05 AM*

I, _Daniel Gillman_ of the Bay County Sheriff Department, say that on the 29 day of _October_, 2015, I served a copy of the following document(s): *letter of Amicus are 192 dated 10-26-15 + attachment dated 10-4-15 State of Michigan vs Destry James Pogue 132770 T1 U32785 T2 U32785 D 511* to _Dawn Klida_, at the address provided as: _1230 Washington Bay_

*We did not overlook your identification. We have a copy of your license. Your identification does not matter on the return of service Jerilyn]*

State of Michigan.

Subscribed and sworn to before me,
A Notary Public, in and for the County
Of Bay, State of Michigan.

_Jerlyn J Middleton_

Commission Expires _July 24, 2019_

Jerlyn J. Middleton
Notary Public, Bay County Michigan
My Commission Expires: 7-24-2019
Acting in the County of Bay

**Public Safety Depends On You!**
Phone: (989) 895-4050          503 Third Street, Bay City, Michigan 48708          Fax: (989) 895-4058

JS 44 (Rev. 12/12)

# CIVIL COVER SHEET

County in which action arose

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.   *(SEE INSTRUCTIONS ON NEXT PAGE OF THIS FORM.)*

**I. (a) PLAINTIFFS**
Destiny Payne

**DEFENDANTS**
David Klida   Johns and Janes Doe
Kurt Asbury
Daniel G. Ilman

**(b)** County of Residence of First Listed Plaintiff   Crawford
*(EXCEPT IN U.S. PLAINTIFF CASES)*

County of Residence of First Listed Defendant

Case: 1:15-cv-14127
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 11-24-2015 At 12:06 PM
CMP Payne v. Klida et al (krk)

**(c)** Attorneys *(Firm Name, Address, and Telephone Number)*

**II. BASIS OF JURISDICTION** *(Place an "X" in One Box Only)*

- ❏ 1  U.S. Government Plaintiff
- ❏ 2  U.S. Government Defendant
- ☒ 3  Federal Question *(U.S. Government Not a Party)*
- ❏ 4  Diversity *(Indicate Citizenship of Parties in Item III)*

**III. CITIZENSHIP OF PRINCIPAL PARTIES** *(Place an "X" in One Box for Plaintiff and One Box for Defendant)*
*(For Diversity Cases Only)*

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ❏ 1 | ❏ 1 | Incorporated *or* Principal Place of Business In This State | ❏ 4 | ❏ 4 |
| Citizen of Another State | ❏ 2 | ❏ 2 | Incorporated *and* Principal Place of Business In Another State | ❏ 5 | ❏ 5 |
| Citizen or Subject of a Foreign Country | ❏ 3 | ❏ 3 | Foreign Nation | ❏ 6 | ❏ 6 |

**IV. NATURE OF SUIT** *(Place an "X" in One Box Only)*

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ❏ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ❏ 625 Drug Related Seizure of Property 21 USC 881 | ❏ 422 Appeal 28 USC 158 | ❏ 375 False Claims Act |
| ❏ 120 Marine | ❏ 310 Airplane | ❏ 365 Personal Injury - | ❏ 690 Other | ❏ 423 Withdrawal 28 USC 157 | ❏ 400 State Reapportionment |
| ❏ 130 Miller Act | ❏ 315 Airplane Product Liability | Product Liability | | | ❏ 410 Antitrust |
| ❏ 140 Negotiable Instrument | | ❏ 367 Health Care/ | | | ❏ 430 Banks and Banking |
| ❏ 150 Recovery of Overpayment & Enforcement of Judgment | ❏ 320 Assault, Libel & Slander | Pharmaceutical Personal Injury | | **PROPERTY RIGHTS** | ❏ 450 Commerce |
| ❏ 151 Medicare Act | ❏ 330 Federal Employers' Liability | Product Liability | | ❏ 820 Copyrights | ❏ 460 Deportation |
| ❏ 152 Recovery of Defaulted Student Loans (Excludes Veterans) | ❏ 340 Marine | ❏ 368 Asbestos Personal Injury Product Liability | | ❏ 830 Patent | ❏ 470 Racketeer Influenced and Corrupt Organizations |
| | ❏ 345 Marine Product Liability | **PERSONAL PROPERTY** | | ❏ 840 Trademark | ❏ 480 Consumer Credit |
| ❏ 153 Recovery of Overpayment of Veteran's Benefits | ❏ 350 Motor Vehicle | ❏ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ❏ 490 Cable/Sat TV |
| ❏ 160 Stockholders' Suits | ❏ 355 Motor Vehicle Product Liability | ❏ 371 Truth in Lending | ❏ 710 Fair Labor Standards Act | ❏ 861 HIA (1395ff) | ❏ 850 Securities/Commodities/ Exchange |
| ❏ 190 Other Contract | ❏ 360 Other Personal Injury | ❏ 380 Other Personal Property Damage | ❏ 720 Labor/Management Relations | ❏ 862 Black Lung (923) | ❏ 890 Other Statutory Actions |
| ❏ 195 Contract Product Liability | ❏ 362 Personal Injury - Medical Malpractice | ❏ 385 Property Damage Product Liability | ❏ 740 Railway Labor Act | ❏ 863 DIWC/DIWW (405(g)) | ❏ 891 Agricultural Acts |
| ❏ 196 Franchise | | | ❏ 751 Family and Medical Leave Act | ❏ 864 SSID Title XVI | ❏ 893 Environmental Matters |
| | | | ❏ 790 Other Labor Litigation | ❏ 865 RSI (405(g)) | ❏ 895 Freedom of Information Act |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ❏ 791 Employee Retirement Income Security Act | **FEDERAL TAX SUITS** | ❏ 896 Arbitration |
| ❏ 210 Land Condemnation | ❏ 440 Other Civil Rights | **Habeas Corpus:** | | ❏ 870 Taxes (U.S. Plaintiff or Defendant) | ❏ 899 Administrative Procedure Act/Review or Appeal of Agency Decision |
| ❏ 220 Foreclosure | ❏ 441 Voting | ❏ 463 Alien Detainee | | ❏ 871 IRS—Third Party 26 USC 7609 | ❏ 950 Constitutionality of State Statutes |
| ❏ 230 Rent Lease & Ejectment | ❏ 442 Employment | ❏ 510 Motions to Vacate Sentence | | | |
| ❏ 240 Torts to Land | ❏ 443 Housing/ Accommodations | ❏ 530 General | | | |
| ❏ 245 Tort Product Liability | ❏ 445 Amer. w/Disabilities - Employment | ❏ 535 Death Penalty | **IMMIGRATION** | | |
| ❏ 290 All Other Real Property | ❏ 446 Amer. w/Disabilities - Other | **Other:** | ❏ 462 Naturalization Application | | |
| | ❏ 448 Education | ☒ 550 Civil Rights | ❏ 465 Other Immigration Actions | | |
| | | ❏ 555 Prison Condition | | | |
| | | ❏ 560 Civil Detainee - Conditions of Confinement | | | |

**V. ORIGIN** *(Place an "X" in One Box Only)*

- ❏ 1 Original Proceeding
- ❏ 2 Removed from State Court
- ❏ 3 Remanded from Appellate Court
- ❏ 4 Reinstated or Reopened
- ❏ 5 Transferred from Another District *(specify)*
- ❏ 6 Multidistrict Litigation

**VI. CAUSE OF ACTION**
Cite the U.S. Civil Statute under which you are filing *(Do not cite jurisdictional statutes unless diversity)*:

Brief description of cause:

**VII. REQUESTED IN COMPLAINT:**
- ❏ CHECK IF THIS IS A CLASS ACTION UNDER RULE 23, F.R.Cv.P.

DEMAND $

CHECK YES only if demanded in complaint:
**JURY DEMAND:** ❏ Yes  ❏ No

**VIII. RELATED CASE(S) IF ANY**
*(See instructions):*   JUDGE _____   DOCKET NUMBER _____

DATE _____   SIGNATURE OF ATTORNEY OF RECORD _____

**FOR OFFICE USE ONLY**

RECEIPT # _____   AMOUNT _____   APPLYING IFP _____   JUDGE _____   MAG. JUDGE _____

## PURSUANT TO LOCAL RULE 83.11

1.  Is this a case that has been previously dismissed?  ☐ Yes
    ☐ No

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


2.  Other than stated above, are there any pending or previously
    discontinued or dismissed companion cases in this or any other
    court, including state court? (Companion cases are matters in which   ☐ Yes
    it appears substantially similar evidence will be offered or the same   ☐ No
    or related parties are present and the cases arise out of the same
    transaction or occurrence.)

If yes, give the following information:

Court: _____

Case No.: _____

Judge: _____


Notes :