UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

**FILED**
NOV 24 2015
CLERK'S OFFICE
BAY CITY

Destry Payne

  Plaintiff,

Dawn Klida,
Kurt Asbury,
Daniel Gillman,
Et al,
  Defendants,

Case: 1:15-cv-14127

# Cover Sheet

## for

## Motions

Trial was set for 24-25 Nov 2015. Received some indication right to and demand for Trial by Jury of Peers, and any Trial for that matter may have been denied. Please check into it by Wednesday morning? Thank you very much for your time and efforts

DP

1:15-cv-14127-TLL-PTM Doc # 4 Filed 11/24/15 Pg 2 of 6 Pg ID 58

Case: 1:15-cv-14127
Judge: Ludington, Thomas L.
MJ: Morris, Patricia T.
Filed: 11-24-2015 At 12:06 PM
CMP Payne v. Klida et al (krk)

**UNITED STATES OF**

**IN THE U.S. FEDERAL DISTRICT COURT HOUSE**

**LOCATED AT BAY CITY MICHIGAN**

NOW COMES Destry Jame Payne, my true real Christian name, APPEARING IN PROPRIA PERSONIA, Apostile Number # 104325=1-3042090-194, CASE # 1232485 ST | 1231770ST BAY COUNTY COURTS CALENDER, AND THERE IS NO LAWFUL 1232485 BSJ | 1231770ST | CHARGES AN I WAS FALSE ARRESTED CRIMINALLY DETAINED UNDER BOGUS CHARGES KIDNAPPED AND UNLAWFULLY DETAINED IN VIOLATION OF ALL MY CONSTITUTIONAL RIGHTS AND I DID FORMALLY OBJECT AND CHALLENGED PLAINTIFFS UNDER THE REAL LAW THE U.S. CONSTITUTION. MY NAME IS PATTENT PROTECTED AS SHOWN ABOVE

PATENT PROTECTED NAME, REQUIRING ACTUAL PERMISSION TO USE THAT NAME ESPECIALLY IN ANY FORM OF COMMERCE UNDER FEDERAL COPYRIGHT LAW AND I NEVER GAVE PLAINTIFFS PERMISSION TO USE MY TRADEMARK NAME. . I FORMALLY, REQUEST AND MOTION FOR A REMOVAL OF THIS CASE TO THE U.S. FEDERAL DISTRICT COURT IN BAY CITY, MICHIGAN PERSUANT TO TITLE 28 U.S, section/rule # 1446, as a diversity of citizenship FOR ALL THE FOLLOWING GOOD CAUSE BEING SHOWN ON THE RECORD, THERE ARE FEDERAL QUESTIONS OF LAW AND BASIC CONSTITUTIONAL RIGHTS INVOLVED IN THIS CASE, AND I CANNOT POSSIBLY GET A FAIR AND IMPARTIAL TRIAL ON THE MERITS OF THE CASE, AND I AM WITHOUT OTHER RECOURSE BUT TO FORMALLY OBJECT AND REMOVE CASE TO THE U.S. FEDERAL DISTRICT COURT FOR PROTECTION OF MY BASIC CONSTITUTIONAL RIGHTS OR LOOSE, MY CASE. I CAN NOT JUST GIVE UP MY CONSTITUTIONAL RIGHTS

NOW I DID GIVE THE OPPOSING PARTIES NOTICE OF PENDING LITIGATION, THAT THEY WOULD BE SUED AND TO RECUSE THEMSELVES MICHIGAN COURT TO RULE

2.003(A)(1) AND CEASE AND DECIST FROM ANY FURTHER    BUT THEY DO NOT LISTEN TO ME, THEY DO NOT ,HONOR MY BASIC RIGHTS.

NOW YOUR HONOR THERE IS A COMPANION CASE WITH A LOT OF THE SAME ISSUES OF CONSTITUTIONAL RIGHTS VIOLSTIONS AND DELIBERATE VIOLATIONS OF BASIC CONSTITUTIONAL RIGHTS. I WAS HOPING TO COMBINE THE TWO CASES TO SAVE THE ECONOMY OF THE COURT UNDER ONE CASE AS A LOT OF THE ISSUES ARE THE SAME AND WHEN THE COURT SEES ALL THE ISSUES MAYBE IT WILL JUST COMBINE THE TWO CASES AS THE DECISION IN ONE IS GOING TO RELATE TO THE OTHER CASE.  THE CASE IS THE ONE CITY OF GRAYLING MICHIGAN AGAINST Dedstry James Payne already on the court record and i wish to combine both cases and let the facts take of each other as both are deliberate false arrest, false imprisonment and malicious prosecution  cases and neither party has any lawful complaint as the court will discover almost immediately. THA NK YOU YOUR HONON FOR THE COURTS VALUABLE TIME AND TROULBLE.

    WHEREFORE I MOST RESPECTFULLY BEG THE INDULGENCE OF THIS HONORABLE COURT AND I DO PRAY FOR THE COURTS JUST AND LAWFUL RELIEF TO PROTECT MY BASIC CONSTITUTIONAL RIGHTS.. THANK YOU VERY MUCH AGAINL         RESPECTFULLY SUBMITED;

DATE 11/24/2015

Destry James Payne , APPEARING IN PROPRIA PERSONA AS MY OWN CHIEF COUNSEL

**CERTIFICATE OF SERVICE**  THAT I DO STATE FOR THE RECORD THAT I DID SERVE THE OPPOSAING PARTIES EITHER IN PERSON OR BY MAIL BY POSTING THE PLEADING IN THE OFFICE OF THE U.S. MAIL DIRECTED AND ADDRESSED TO THE OPPOSING COUNSEL OR PARTY ON THIS DATE.

OPPOSSING PARTIES CITY OF BAY CITY AND OR IT'S COUNSELORS AND OR JUDGES AND AGENTS.





