Defendant: DESTRY JAMES PAYNE  
Address: 876 PAYNE RD  
GRAYLING MI 49738-7596  

Case No.: 15　　11661 ST 1  
CTN No.: 201500078201  
DOB: 02/27/1973  
DOF: 09/01/2015  

Attorney: BAILEY-QUICK, MIRANDA J  
Arresting Agency: DEPARTMENT OF NATURAL RESOURCE  
Charge 1: OPER W/OUT SECURITY  
　　　　 2: LIC SUSP/REVOKED-ALLOW SUSP PERSON OPER  
　　　　 3: S-OPERATE -UNREGISTERED VEHICLE/TRAILER  

FILED FEB -9 2016 U.S. DISTRICT COURT BAY CITY, MICHIGAN

## BOND

Amount __100.00__ ___ Continued ___ Reduced ___ Raised  
　　T C/S PR ___ Forfeited ___ Cancelled ___ Reinstated  
Bond Condition:  
DATE SET: 09/08/2015　DATE POSTED: 10/15/2015　TYPE: C　AMOUNT: 100.00  

================================================================

## ARRAIGNMENT　Date: _____　by: _____

RIGHTS: ___Oral ___Written ___Miranda Given ___Read/Understood/Waived  

| Plea | Trial | Attorney |
|---|---|---|
| ___Guilty to Cts:____ | ___Jury | ___Retain Own |
| ___No Contest - Cts:____ | ___Non-Jury | ___Request CAA |
| ___Not Guilty Cts:____ | ___Waived Speedy Trial | ___CAA Approved |
| ___Mute | ___Waived 21 Day Rule | ___CAA Denied |
| ___Set Plea before Judge | | ___Represent Self |

================================================================

ORDERS　Date: _____ 1-19-16  
　　　　　　　　　　　　　Initials: ___  

___Dismissed Cts: _____　___Alcohol Assessment　___to be fingerprinted  
✓Failed to Appear: ✓O.S.C.　___B/W　___Forfeit Bond　___New Bond:____  

___According to the original sentence, defendant is to serve ___ days in the county jail upon his apprehension. That sentence may be purged at any time by payment of all fines & costs.  

___PSI ORDERED FOR THE FOLLOWING REASON:　___ Violent or Threatening Conduct  
　　　　　　　　　　　　　　　　　　　　　　　___ Undetermined Restitution  
　　　　　　　　　　　　　　　　　　　　　　　___ Suspected Mental Illness  
___Sentence delayed for Substance　　　　　　　___ Sexual Behavior  
　　　Abuse Screening　　　　　　　　　　　　 ___ Weapons  
　　　　　　　　　　　　　　　　　　　　　　　___ Felony reduced to misdemeanor  

================================================================

ACTION　Date: _____  
　　　　　Initials: _____  

| PLEA | TRIAL | PRELIM |
|---|---|---|
| ___Guilty CTs: ____ | ___Guilty Cts: ____ | ___Held |
| ___No Contest Cts: ____ | ___Not Guilty Cts: ____ | ___Waived |
| ___Waives Rights | ___by Court | ___Bound Over |
| ___Waives Attorney | ___by Jury | ___Discharged |
| ___Accepted, Cts: ____ | ___Dismissed Cts: ____ | ___Diff. Chg. |
| ___Refused, set for trial | | |

================================================================