United States District Court for the Eastern District of Michigan
P.O. Box 913
Bay City, MI 48707

Case Number: 1:2015cv14127

Certified mail no. 7004 1350 0004 9866 9271



FILED
FEB 23 2016
CLERK'S OFFICE
U.S. DISTRICT COURT

NOW COMES destry-james; payne Apostille number: 104325-1-305293-194 and first being duly sworn soes hereby say and depose the following being duly sworn on oath to answer and say, that this pleading is true in fact based upon reasonable inquiry and to the very best of my knowledge and belief.

Crawford County 87c district court judge Monte J. Burmeister has failed to recuse himself under MCR 2.003a1 and has proceeded with the case no. 15-11661-ST and has issued a warrant for my arrest. I am attaching a copy of the warrant. The case in question is fruit of the poison tree with my suit against Dawn Klida et al. Please see to it that the Crawford County court honors the case brought before the Honorable Thomas L. Ludington with a cease and desist on the warrant and any further court action against me. It is impossible for me to get a fair trial in Crawford County.

Thanks,

_____  2-16-2016

destry-james; payne Apostille number: 104325-1-305293-194

| STATE OF MICHIGAN<br>87-C DISTRICT COURT | ORDER REVOKING RELEASE<br>AND FORFEITING BOND,<br>NOTICE OF INTENT TO ENTER JUDGMENT | CASE NO.<br>15-11661-ST |
|---|---|---|

| ORI<br>MI200015J<br>Agency Report No | Court address<br>200 W. MICHIGAN AVE. GRAYLING, MI 49738 | Court telephone no.<br>989-344-3245<br>www.circuit46.org |
|---|---|---|

| THE PEOPLE OF STATE OF MICHIGAN | v | Defendant's name<br>DESTRY JAMES PAYNE |
|---|---|---|

| CTN<br>201500078201 | SID<br>1761949L | DOB<br>2/27/1973 |
|---|---|---|

☐ Juvenile   In the matter of _____

TO: DESTRY JAMES PAYNE
876 PAYNE RD
GRAYLING, MI 49738-7596

(name and address of defendant/parent posting bond)

(name and address of surety or other depositor posting bond)

**ORDER**

The defendant/juvenile has violated the conditions of bail as described below:

| Offense(s) | OPER W/OUT SECURITY<br>LIC SUSP/REVOKED-ALLOW SUSP PERSON OPER |
|---|---|

| Violation(s)<br>☒ nonappearance on 2/9/2016 | ☐ other: |
|---|---|

| Full bail amount<br>$ 100.00 | Amount of cash deposited<br>$ 100.00 | TYPE OF BOND:<br>CASH BOND |
|---|---|---|

**IT IS ORDERED** the release is revoked and bond is forfeited. The proceeds of a bond, whether cash, surety, or designated real property, shall be disposed of within 45 days of the date of this order.

February 9, 2016                              HON. MONTE J BURMEISTER             P4873
Date                                                         Judge                                           Bar no.

**NOTICE**

**TO THE DEFENDANT/PARENT AND JUVENILE:**

You have 28 days from the date of this order to surrender yourself to the court or to satisfy the court that there was compliance with the conditions of release or that compliance was impossible through no fault of the defendant/juvenile. Otherwise, judgment for the full bail amount plus costs will be entered against you. Money or other security on deposit will be used toward payment of the judgment.

☒ A warrant for your arrest/order to apprehend     ☒ has been     ☐ will be     issued.

**CERTIFICATE OF MAILING**

I certify that on this date copies of this order and notice were served on the defendant/parent and surety or person who posted bond by ordinary mail addressed to the address(es) shown above.

February 9, 2016                                                   _____
Date                                                                         Clerk/Deputy

MCL 765.15, MCL 780.66, MCL 780.67, MCR 5.935(C)(7), MCR 6.106(I)

MC 218 (11/04) **ORDER REVOKING RELEASE AND FORFEITING BOND, NOTICE OF INTENT TO ENTER JUDGMENT**

Sent to: Court Copy   Defendant   Prosecutor
Defense Attorney

DesTry Payne
c/o 676 Payne Rd
Grayling MI 49738

RECEIVED
FEB 23 2016
U.S. DISTRICT COURT
BAY CITY

48707091313

7004 1350 0004 9866

CERTIFIED MAIL

U.S. Marshal

United States District Court Eastern District
P.O. Box 913
Bay City, MI 48707